Kelly H. Dove
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY YIP, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 2:21-cv-01254-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiffs Tiffany Yip, et al. ("Plaintiffs") and Bank of America, N.A. ("Defendant" and together with Plaintiff, the "Parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time in connection with Defendant's anticipated motion to dismiss. This is the first request for an extension of this deadline.

The extension is sought because of the large number of parties in this case, and the complex nature of the claims in this case, which requires additional time to meaningfully research and brief the anticipated issues to be raised.

In addition, more time is sought to accommodate counsel's coordination with counsel in other related pending cases in other jurisdictions, and how such pending cases are likely to affect any motion to dismiss Defendant anticipates preparing and filing.

///

The parties therefore stipulate as follows:

Defendant's anticipated motion to dismiss shall be filed on or before November 3, 2021.

Plaintiffs' opposition to Defendant's motion shall be due on or before December 6, 2021.

Defendant's reply shall be due on or before January 6, 2022.

IT IS SO STIPULATED.

Dated August 24, 2021

KIND LAW

By: */s/ Michael Kind*
Michael Kind
Nevada Bar No. 13903
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

*Attorney for Plaintiff Tiffany Yip, et al.*

Dated August 24, 2021

SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
Kelly H. Dove
Nevada Bar No. 10569
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Bank of America, N.A.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 24, 2021

4841-4516-2743

- 2 -