Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Tiffany Yip, et al*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Tiffany Yip, et al, | Case No.: 2:21-cv-01254-RFB-EJY |
| Plaintiff, | **Stipulation for an extension of time for Amended Complaint and briefing schedule for Defendant's motion to dismiss** |
| v. | |
| Bank of America, N.A., | |
| Defendant. | **(First request)** |

Tiffany Yip, et al ("Plaintiff") and Bank of America, N.A. ("Defendant and together with Plaintiff as the "parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time for Plaintiffs to file an Amended Complaint to add new parties and better plead the allegations in lieu of responding to Defendant's motion to dismiss (ECF No. 11), and for Defendant to file a motion to dismiss Plaintiffs' Amended Complaint.  This is the first request for an extension of this deadline.

The extension is sought because of the large amount of parties in this case, and the complex nature of the claims in this case, that requires additional time to meaningfully research and brief the issues raised.

In addition, the additional time will help accommodate counsels' coordination with counsel in other related pending cases in California.

The parties therefore stipulate as follows:

Plaintiffs shall file an opposition to Defendant's motion, or an amended complaint, on or before January 14, 2022.

Defendant's responsive pleading shall be due on or before March 3, 2022. Plaintiffs' opposition shall be due on or before April 7, 2022, and Defendant's reply shall be due on or before May 5, 2022.

IT IS SO STIPULATED.

Dated: November 30, 2021.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Tiffany Yip, et al*

**GOODWIN PROCTER LLP**

/s/ Yvonne Chan
Yvonne Chan, Esq.
100 Northern Avenue
Boston, MA 02210
*Counsel for Bank of America, N.A.*

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
**United States District Court**

DATED this 7th day of December, 2021.