Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
Telephone: (702) 337-2322
Facsimile:  (702) 329-5881
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No. 9411
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Telephone: (702) 880-5554
Facsimile:  (702) 385-551
georgehaines@freedomlegalteam.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| Tiffany Yip, et al,<br><br>        Plaintiffs,<br><br>  v.<br><br>  Bank of America, N.A.,<br><br>        Defendant. | Case No.: 2:21-cv-01254-RFB-EJY<br><br>**Stipulation for an extension of time to file Amended Complaint and briefing schedule for Defendant's Motion to Dismiss**<br><br>(Second Request) |

Plaintiff Tiffany Yip, et al ("Yip"), and Defendant Bank of America, N.A. ("Defendant") (collectively referred to as the "Parties") hereby submit the following this Stipulation for an extension of time for Plaintiffs to file an Amended Complaint to better plead the allegations in what is now a consolidated case in lieu of responding Defendant's motion to dismiss and for Defendant to file a motion to dismiss the Plaintiffs' Amended Complaint.  This is the second request for an extension of

this deadline, but it would be the first extension of the consolidated case. This extension is requested in good faith and is not for purposes of delay or prejudice to any party.

**Procedural History**

On July 1, 2021, Plaintiff Yip filed a complaint in the United States District Court, District of Nevada; Yip, et al, v. Bank of America, N.A., No. 2:21-cv-01254-RFB-EJY.  *Yip*, ECF No. 1. Defendant filed a Motion to Dismiss on November 3, 2021.  *Yip*, ECF No. 11.  On December 7, 2021, the Court then approved Parties' stipulation to extend the deadline for Plaintiffs to respond to the Motion to Dismiss to January 14, 2022, and Defendant's responsive pleading deadline to March 3, 2022.  *Yip*, ECF No. 22.  Plaintiffs' opposition to the Defendant's responsive pleading due on April 7, 2022 and Defendant's reply due on May 5, 2022.  *See* Id.

On December 3, 2021, Plaintiff Vance filed a complaint in the United States District Court, District of Nevada Vance, et al, v. Bank of America, N.A., No: 2:21-cv-02149-APG-BNW.  *Vance*, ECF No. 1. The Court then approved Parties' stipulation to consolidate the *Yip* and *Vance* matters.  *Yip*, ECF No. 25.

THEREFORE, the Parties hereby stipulate and agree to extend the deadline for Plaintiff s to file an amended complaint to March 1, 2022.  Defendant's responsive pleading shall be due on or

////
////
////
////
////
////
////
////
////
////
////
////
////
////
////

1   before April 14, 2022.  Plaintiffs' opposition shall be due on or before May 16, 2002 and Defendant's

2   reply shall be due on or before June 16, 2022.

3          IT IS SO STIPULATED.

4

5   Dated: January 7, 2022.                          Dated: January 13, 2022.

6

7   KIND LAW                                         GOODWIN PROCTER LLP

8    /s/ Michael Kind                                /s/Yvonne Chan
    Michael Kind, Esq.                               Yvonne Chan, Esq.
9   8860 South Maryland Parkway, Suite 106           100 Northern Avenue
    Las Vegas, Nevada 89123                          Boston, MA 02210
10
    Attorney for Plaintiffs                          Attorneys for Defendant
11

12  FREEDOM LAW FIRM                                 SNELL & WILMER

13   /s/ George Haines                                /s/ Kelly H. Dove
    George Haines, Esq.                              Kelly Dove, Esq.
14  Gerardo Avalos, Esq.                             3883 Howard Hughes Parkway
    8985 S. Eastern Ave., Suite 350                  Suite 1100
15  Las Vegas, Nevada 89123                          Las Vegas, NV 89169
    Attorneys for Plaintiffs                         Attorneys for Defendant
16

17  SWIGART LAW GROUP, APC

18  /s/Joshua B. Swigart (Admitted Pro Hac Vice)
    Joshua Swiggart, Esq.
19  josh@swigartlawgroup.com
    2221 Camino del Rio, S., Ste. 308
20  San Diego, CA 92108
    866-219-3343
21
    *Attorneys for Plaintiffs*
22

23                        **IT IS SO ORDERED**

24

25

26  RICHARD F. BOULWARE, II
    **United States District Court**
27  DATED this 13th day of January, 2022.

28