Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
Telephone: (702) 337-2322
Facsimile:  (702) 329-5881
mk@kindlaw.com


George Haines, Esq.
Nevada Bar No. 9411
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Telephone: (702) 880-5554
Facsimile:  (702) 385-551
georgehaines@freedomlegalteam.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Tiffany Yip, et al,<br><br>　　　　　Plaintiffs,<br>v.<br><br>Bank of America, N.A.,<br><br>　　　　　Defendant. | Case No.: 2:21-cv-01254-RFB-EJY<br><br>**Stipulation for an extension of time to file Amended Complaint and briefing schedule for Defendant's Motion to Dismiss**<br><br>(Third Request) |

　　　　Plaintiff Tiffany Yip, et al ("Yip"), and Defendant Bank of America, N.A. ("Defendant") (collectively referred to as the "Parties") hereby submit the following this Stipulation for an extension of time for Plaintiffs to file an Amended Complaint to better plead the allegations in what is now a consolidated case in lieu of responding Defendant's motion to dismiss and for Defendant to file a motion to dismiss the Plaintiffs' Amended Complaint.  This is the third request for an extension of

this deadline, but it would be the second extension of the consolidated case.  The Plaintiffs are in the process of providing additional facts in their amended complaint and require some additional time to complete their factual summaries.  This extension is requested in good faith and is not for purposes of delay or prejudice to any party.

**Procedural History**

On July 1, 2021, Plaintiff Yip filed a complaint in the United States District Court, District of Nevada; Yip, et al, v. Bank of America, N.A., No. 2:21-cv-01254-RFB-EJY.  *Yip*, ECF No. 1.  Defendant filed a Motion to Dismiss on November 3, 2021.  *Yip*, ECF No. 11.  On December 7, 2021, the Court then approved Parties' stipulation to extend the deadline for Plaintiffs to respond to the Motion to Dismiss to January 14, 2022, and Defendant's responsive pleading deadline to March 3, 2022.  *Yip*, ECF No. 22.  Plaintiffs' opposition to the Defendant's responsive pleading due on April 7, 2022 and Defendant's reply due on May 5, 2022.  *See* Id.

On December 3, 2021, Plaintiff Vance filed a complaint in the United States District Court, District of Nevada Vance, et al, v. Bank of America, N.A., No: 2:21-cv-02149-APG-BNW.  *Vance*, ECF No. 1. The Court then approved Parties' stipulation to consolidate the *Yip* and *Vance* matters.  *Yip*, ECF No. 25.   On January 14, 2022, the Court then approved Parties' stipulation to extend the deadline for Plaintiffs to file an amended complaint to March 1, 2022, and Defendant's responsive pleading deadline to April 14, 2002.  *Yip*, ECF No. 27.  Plaintiffs' opposition to the Defendant's responsive pleading was extended June 16, 2022.  *See* Id.

THEREFORE, the Parties hereby stipulate and agree to extend the deadline for Plaintiff s to file an amended complaint to March 22, 2022. Defendant's responsive pleading shall be due on or before April 20, 2022. Plaintiffs' opposition shall be due on or before May 25, 2002 and Defendant's reply shall be due on or before June 15, 2022.

IT IS SO STIPULATED.

Dated: March 1, 2022.                               Dated: March 1, 2022.

**KIND LAW**                                        **GOODWIN PROCTER LLP**

/s/ Michael Kind                                    /s/Jim McGarry (Admitted Pro Hac Vice)
Michael Kind, Esq.                                  Jim McGarry, Esq.
8860 South Maryland Parkway, Suite 106              100 Northern Avenue
Las Vegas, Nevada 89123                             Boston, MA 02210

Attorney for Plaintiffs                             Attorneys for Defendant

**FREEDOM LAW FIRM**                                **SNELL & WILMER**

/s/ George Haines                                   /s/ Kelly H. Dove
George Haines, Esq.                                 Kelly Dove, Esq.
Gerardo Avalos, Esq.                                3883 Howard Hughes Parkway
8985 S. Eastern Ave., Suite 350                     Suite 1100
Las Vegas, Nevada 89123                             Las Vegas, NV 89169
Attorneys for Plaintiffs                            Attorneys for Defendant

**SWIGART LAW GROUP, APC**

/s/Joshua B. Swigart (Admitted Pro Hac Vice)
Joshua Swiggart, Esq.
josh@swigartlawgroup.com
2221 Camino del Rio, S., Ste. 308
San Diego, CA 92108
866-219-3343

*Attorneys for Plaintiffs*

**IT IS SO ORDERED**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 1st day of March, 2022.