UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY YIP, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br>BANK OF AMERICA, N.A.,<br><br>　　　　　　　　　　Defendant. | Case No. 2:21-cv-01254-ART-EJY<br><br>ORDER TRANSFERRING CASES TO SINGLE DISTRICT JUDGE AND MAGISTRATE JUDGE |
| A.H. Hamilton, an individual, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>BANK OF AMERICA, N.A.,<br><br>　　　　　　　　　　Defendant. | Case No. 2:22-cv-00374-RFB-EJY |

　　　　Plaintiffs in *Yip v. Bank of America, N.A.*, 2:21-cv-01254-ART-EJY ("*Yip*") assert a claim under the Electronic Funds Transfer Act ("EFTA"), Due Process claims, negligence claims, breach of contract claims, an unjust enrichment claim, and other related claims based on allegations arising out of Bank of America's administration of the benefit programs of the Nevada Department of Employment, Training & Rehabilitation ("DETR"), notably the pandemic unemployment assistance and pandemic emergency unemployment compensation benefits programs. (ECF No. 31 in *Yip*.) Plaintiff A.M. Hamilton in *Hamilton v. Bank of America, N.A.*, 2:22-cv-00374-RFB-EJY ("*Hamilton*"), asserts similar EFTA, breach of contract, and unjust enrichment claims arising from Bank of America's involvement in the DETR benefit programs on behalf of himself and a putative class of others similarly situated, which would include the plaintiffs in *Yip*. (ECF No. 1 in *Hamilton*.)

1

Local Rule 42-1(b) provides that "[u]nder Fed. R. Civ. P. 42(a), if actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay. The court may make a determination to consolidate actions sua sponte." Because the two related actions involve similar questions of fact and law, and their assignment to the same district and magistrate judge is likely to effect a substantial savings of judicial effort, the Court hereby transfers *Hamilton* to District Judge Anne R. Traum and Magistrate Judge Elayna J. Youchah for all further proceedings.

IT IS HEREBY ORDERED that the Clerk of Court transfer and reassign Case No. 2:22-cv-00374-RFB-EJY to District Judge Anne R. Traum and Magistrate Judge Elayna J. Youchah for all further proceedings.

DATED THIS 17th day of October 2022.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

2