1   Kelly H. Dove
    Nevada Bar No. 10569
2   SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway
3   Suite 1100
    Las Vegas, Nevada 89169
4   Telephone: 702.784.5200
    Facsimile: 702.784.5252
5   Email: kdove@swlaw.com
6
7   *Attorney for Defendant Bank of America, N.A.*

8                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
9

10  TIFFANY YIP, et al.,                    Case No.  2:21-cv-01254-ART-EJY

11                  Plaintiffs,             Consolidated with:
                                            2:21-cv-02149-APG-BNW
12  vs.

13  BANK OF AMERICA, N.A.,                  **STIPULATION AND ORDER TO
                                            ALLOW SECOND AMENDED**
14                  Defendant.              **COMPLAINT AND EXTEND TIME TO
                                            RESPOND TO THE COMPLAINTS**
15

16                                          **(First Request)**
    _____
17  A.M. HAMILTON, KEVIN JOHNSON,
    KRISTIN JONES, and NIKITA WHITE,
    individually, and on behalf of themselves and   Case No. 2:22-cv-00374-ART-EJY
18  all others similarly situated,

19                  Plaintiffs,

20  vs.

21  BANK OF AMERICA, N.A.,

22                  Defendant.

23
    _____

24        Plaintiffs Tiffany Yip, et al. and A.M. Hamilton, et al. ("Plaintiffs") and Bank of America,

25  N.A. ("Defendant," and together with Plaintiffs, the "Parties"), by and through their respective

26  counsel, hereby submit this stipulation to allow Plaintiffs to file Second Amended Complaints

27  and for an extension of time for Defendant's forthcoming motions to dismiss the anticipated

28  Second Amended Complaints.  This is the first request for an extension of these response

GOODWIN PROCTER LLP

deadlines, which were set forth in the Court's August 9, 2024 Order ruling on Defendant's

Motions to Dismiss and Plaintiffs' Motion for Leave to Submit Supplemental Authority

("Order").  *See Yip*, ECF No. 60, *Hamilton*, ECF No. 39.

The Court's Order allowed Plaintiffs to file an Amended Complaint or a Status Report

within 30 days of the date of the Order.  *Yip*, ECF No. 60, *Hamilton*, ECF No. 39.  Accordingly,

Plaintiffs' Amended Complaint is due by September 9, 2024.  If Plaintiffs file their Second

Amended Complaint on September 9, 2024, then Defendant's motion to dismiss the Second

Amended Complaint would be September 23, 2024.  *See* Fed. R. Civ. P. 15(a)(3).

In order to ensure cohesion of deadlines, to allow Plaintiffs sufficient time to

meaningfully amend their complaints, and for Defendant to review and respond to the

forthcoming amended complaints, the Parties have agreed to the following schedule:

1. Plaintiffs, pursuant to Rule 15(a)(2), will file their Amended Complaints by October 8, 2024;

2. Defendant's anticipated motions to dismiss the Amended Complaints shall be due on November 22, 2024;

3. Plaintiffs' opposition(s) to Defendant's motion(s) to dismiss shall be due on December 20, 2024;

4. Defendant's reply brief(s) in support of its motion(s) to dismiss shall be due on January 24, 2025.

IT IS SO STIPULATED.

GOODWIN PROCTER LLP

1 | Dated:  September 4, 2024                    Dated:  September 4, 2024

2 | By: /s/ George Haines                         By: /s/ Kelly H. Dove

3 | Michael Kind (No. 13903)                      Kelly H. Dove (No. 10569)
   | KIND LAW                                      SNELL & WILMER LLP

4 | 8860 South Maryland Parkway, Suite 106        3883 Howard Hughes Parkway, Suite 1100
   | Las Vegas, Nevada 89123                       Las Vegas, Nevada 89169

5 | (702) 337-2322                                 (702) 784-5200
   | mk@kindlaw.com                                kdove@swlaw.com

6 |

7 | George Haines (No. 9411)                       James McGarry (pro hac vice)
   | Gerardo Avalos (No. 15171)                     GOODWIN PROCTER LLP

8 | FREEDOM LAW FIRM                               100 Northern Avenue
   | 8985 S. Eastern Ave., Suite 350               Boston, MA 02210

9 | Las Vegas, Nevada 89123                        (617) 570-1000
   | (702) 880-5554                                 jmcgarry@goodwinlaw.com

10 | ghaines@freedomlegalteam.com
   | gavalos@freedomlegalteam.com                   Yvonne Chan (pro hac vice)

11 |                                                JONES DAY
   |                                                100 High Street

12 | Joshua Swigart (pro hac vice)                  Boston, MA 02210
   | SWIGART LAW GROUP, APC                         (617) 449-6914

13 | 221 Camino del Rio S., Suite 308              ychan@jonesday.com
   | San Diego, CA 92108

14 | (866) 219-3343
   | josh@swigartlawgroup.com                       *Attorneys for Defendant Bank of America, N.A.*

15 |

16 | *Attorneys for Plaintiff Tiffany Yip, et al.*

17 |

18 | By: /s/ George O. West III
   | George O. West III (No. 7951)
   | LAW OFFICES OF GEORGE O. WEST III

19 | 10161 Park Run Drive, Suite 150
   | Las Vegas, Nevada 89145

20 | (702) 664-1168

21 | gowesq@cox.net                                 **IT IS SO ORDERED.**

22 | E. ADAM WEBB (pro hac vice)
   | WEBB, KLASE & LEMOND LLC

23 | 1900 The Exchange S.E., Suite 480
   | Atlanta, Georgia 30339                          _____

24 | (770) 444-0773                                 **U.S. MAGISTRATE JUDGE**
   | adam@webbllc.com

25 |                                                 **Date:  September 4, 2024**

26 | *Attorneys for Plaintiffs A.M. Hamilton, Kevin*
   | *Johnson, Kkristin Jones, and Nikita White*

27 |

28 |