Kelly H. Dove
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com

*Attorney for Defendant Bank of America, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY YIP, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 2:21-cv-01254-ART-EJY<br><br>Consolidated with:<br>2:21-cv-02149-APG-BNW<br><br>**STIPULATION AND ORDER TO TEMPORARILY STAY DISCOVERY AND CONTINUE DEADLINE FOR DEFENDANT TO FILE DISCOVERY PLAN TO OCTOBER 24, 2024**<br><br>**(First Request)** |
| A.M. HAMILTON, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 2:22-cv-00374-ART-EJY |

Plaintiffs Tiffany Yip, et al. (the "Individual Plaintiffs") and A.M. Hamilton, et al. ("*Hamilton* Plaintiffs") (collectively, "Plaintiffs") and Defendant Bank of America, N.A. ("BANA," and together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby submit this stipulation to continue the deadline for BANA to file a discovery plan with the Court. This is the first request for an extension of this deadline, which was set forth in the Court's September 10, 2024 Minute Order. *See Yip*, ECF No. 64.

GOODWIN PROCTER LLP

1  WHEREAS, on September 4, 2024, the Court ordered pursuant to the Parties' Stipulation that Plaintiffs must amend their respective operative Complaints by no later than October 8, 2024 (the "Operative Complaint Deadline").  *Yip*, ECF No. 63.

4  WHEREAS on September 10, 2024, the Court entered an Order stating that the Parties must, no later than September 24, 2024, file a discovery plan and scheduling order, or a stipulation to temporarily stay discovery.  *Yip*, ECF No. 64.

7  WHEREAS, on September 19, 2024, counsel for the *Hamilton* Plaintiffs and counsel for BANA met and conferred on discovery and agreed to continue the deadline for BANA to submit its proposed Discovery Plan until after the Operative Complaint Deadline, so the Parties could meaningfully meet and confer on the remaining claims and remaining Plaintiffs.

11  WHEREAS, on September 24, 2024, counsel for the Individual Plaintiffs advised BANA that they intended to file a Motion to Stay Discovery and Motion to Stay Case on September 24, 2024, and stipulated to a stay of discovery until after the Operative Complaint Deadline.

14  In order to ensure counsel for BANA has sufficient time to review the forthcoming amended complaint(s) to determine which Plaintiffs and claims remain in the litigation and the scope of the Individual Plaintiffs' proposed stay, the Parties have agreed that BANA's deadline to its discovery plan be continued twenty-eight (28) days until October 22, 2024.

18  IT IS SO STIPULATED.

GOODWIN PROCTER LLP

2

Dated: September 24, 2024

By: /s/ Michael Kind
Michael Kind (No. 13903)
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
mk@kindlaw.com

George Haines (No. 9411)
Gerardo Avalos (No. 15171)
FREEDOM LAW FIRM
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com

Joshua Swigart (pro hac vice)
SWIGART LAW GROUP, APC
221 Camino del Rio S., Suite 308
San Diego, CA 92108
(866) 219-3343
josh@swigartlawgroup.com

*Attorneys for Plaintiff Tiffany Yip, et al.*

By: /s/ George O. West
George O. West III (No. 7951)
LAW OFFICES OF GEORGE O. WEST III
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 664-1168
gowesq@cox.net

E. ADAM WEBB (pro hac vice)
WEBB, KLASE & LEMOND LLC
1900 The Exchange S.E., Suite 480
Atlanta, Georgia 30339
(770) 444-0773
adam@webbllc.com

*Attorneys for Plaintiff A.M. Hamilton, et al.*

Dated: September 24, 2024

By: /s/ Kelly H. Dove
Kelly H. Dove (No. 10569)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
(702) 784-5200
kdove@swlaw.com

James McGarry (pro hac vice)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
jmcgarry@goodwinlaw.com

Yvonne Chan (pro hac vice)
JONES DAY
100 High Street
Boston, MA 02210
(617) 449-6914
ychan@jonesday.com

*Attorneys for Defendant Bank of America, N.A.*

**<u>ORDER</u>**

IT IS SO ORDERED this 25th day September, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

4