Kelly H. Dove
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive
Suite 700
Las Vegas, Nevada 89135
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com

*Attorney for Defendant Bank of America, N.A.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY YIP, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Case No. 2:21-cv-01254-ART-EJY <br><br> Consolidated with: <br> 2:21-cv-02149-APG-BNW <br><br> **STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON INDIVIDUAL PLAINTIFFS' MOTION TO STAY DISCOVERY AND MOTION TO STAY CASE PENDING CLASS CERTIFICATION** <br><br> **(First Request)** |
| A.M. HAMILTON, an individual, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Case No. 2:22-cv-00374-ART-EJY |

Plaintiffs Tiffany Yip, et al. (the "Individual Plaintiffs") and A.M. Hamilton, et al. ("*Hamilton* Plaintiffs") (collectively, "Plaintiffs") and Defendant Bank of America, N.A. ("BANA," and together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby submit this stipulation to set a briefing schedule on the Individual Plaintiffs' Motion to Stay Discovery and Motion to Stay Case. *See* ECF Nos. 65, 66. This is the first request for an

extension of these deadlines, which were set upon the filing of the Individual Plaintiffs' Motions on September 24, 2024. *See* ECF Nos. 65, 66.

WHEREAS, on September 4, 2024, the Court ordered pursuant to the Parties' Stipulation that Plaintiffs must amend their respective operative Complaints by no later than October 8, 2024. ECF No. 63.

WHEREAS, on September 24, 2024, the Individual Plaintiffs filed a Motion to Stay Discovery and Motion to Stay Case Pending Class Certification. ECF Nos. 65, 66.

In order to ensure counsel for BANA has sufficient time to review the forthcoming amended complaint to determine which Plaintiffs and claims remain in the litigation, the Parties have agreed that BANA's deadline to respond to the Individual Plaintiffs' Motion to Stay Discovery and Motion to Stay Case shall be extended fourteen (14) days until October 22, 2024 and further that the Individual Plaintiffs shall have fourteen (14) days until November 5, 2024 to file their Reply.

IT IS SO STIPULATED.

Dated: October 7, 2024

By: /s/ George Haines
Michael Kind (No. 13903)
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
mk@kindlaw.com

George Haines (No. 9411)
Gerardo Avalos (No. 15171)
FREEDOM LAW FIRM
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com

Joshua Swigart (pro hac vice)
SWIGART LAW GROUP, APC
221 Camino del Rio S., Suite 308
San Diego, CA 92108
(866) 219-3343
josh@swigartlawgroup.com

*Attorneys for Plaintiff Tiffany Yip, et al.*


By: /s/ E. Adam Webb
George O. West III (No. 7951)
LAW OFFICES OF GEORGE O. WEST III
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 664-1168
gowesq@cox.net

E. ADAM WEBB (pro hac vice)
WEBB, KLASE & LEMOND LLC
1900 The Exchange S.E., Suite 480
Atlanta, Georgia 30339
(770) 444-0773
adam@webbllc.com

*Attorneys for Plaintiff A.M. Hamilton*

Dated: October 7, 2024

By: /s/ Kelly H. Dove
Kelly H. Dove (No. 10569)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
(702) 784-5200
kdove@swlaw.com

James McGarry (pro hac vice)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
jmcgarry@goodwinlaw.com

Yvonne Chan (pro hac vice)
JONES DAY
100 High Street
Boston, MA 02210
(617) 449-6914
ychan@jonesday.com

*Attorneys for Defendant Bank of America, N.A.*


**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

 **Date:  October 8, 2024**

3