James W. McGarry (pro hac vice)
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
Email: jmcgarry@goodwinlaw.com

Laura G. Brys (pro hac vice)
Goodwin Procter LLP
601 South Figueroa Street, Suite 4100
Los Angeles, CA 90017
Tel.: (213) 426-2500
Email: lbrys@goodwinlaw.com

[Additional counsel listed in signature block]

*Attorney for Defendant Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TIFFANY YIP, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　　Defendant. | Case No. 2:21-cv-01254-ART-EJY<br><br>Consolidated with:<br>2:21-cv-02149-APG-BNW<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE SECOND AMENDED CONSOLIDATED COMPLAINT**<br><br>**(Second Request)** |
| A.M. HAMILTON, et al.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00374-ART-EJY |

GOODWIN PROCTER LLP

Plaintiffs Bob McClelland, Jr., et al. ("Plaintiffs") and Bank of America, N.A. ("BANA," and together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time for BANA's forthcoming motion to dismiss the Second Amended Consolidated Complaint (the "Motion").

### The Parties' Present Briefing Schedule

WHEREAS, on August 9, 2024, the Court granted in part and denied in part BANA's Motion to Dismiss the First Amended Complaint and ordered that Plaintiffs' Second Amended Consolidated Complaint ("SACC") would be due by September 9, 2024, at ECF No. 60.

WHEREAS, on November 20, 2024, pursuant to a stipulation by the Parties, the Court ordered that Plaintiffs' SACC would be due no later than January 3, 2025, BANA's Motion would be due on February 28, 2025, Plaintiffs' Opposition to the Motion would be due on April 7, 2025, and BANA's Reply in support of its Motion would be due on April 28, 2025.  *See* ECF Nos. 88, 89.

WHEREAS, on December 27, 2024, Plaintiffs filed their Second Amended Consolidated Complaint, at ECF No. 91.

### Good Cause Exists to Modify the Schedule.

WHEREAS, Plaintiffs' original complaint filed on July 1, 2021 alleged claims against BANA that were asserted by 122 Plaintiffs. ECF No. 1. After consolidation, Plaintiffs' First Amended Consolidated Complaint filed on March 21, 2022 alleged claims on behalf of 224 Plaintiffs. ECF No. 31. The SACC now purports to assert claims on behalf of 158 Plaintiffs.[1] ECF No. 91.

WHEREAS, given the commonality of certain of the Plaintiff names, BANA is unable to identify Plaintiffs' customer records without additional identifying information. For example, BANA has records for over 45 DETR accounts with the accountholder name of Ashley Smith,

---

[1] The SACC purports to assert claims on behalf of Plaintiff Frances V. Prado (¶¶ 369-374) and Plaintiff Frances Prado (¶¶ 666-671).  In response to BANA's request for clarification, Plaintiffs' counsel advised on February 13, 2025, that the allegations on behalf of Plaintiff Frances Prado (¶¶ 666-671) were included in error.

1

who is a Plaintiff in this action.

WHEREAS, on June 17, 2024, BANA requested from Plaintiffs identifying information for 49 Plaintiffs, including, *inter alia*, Rosa Martin and Wes Smith, in order to assist BANA in analyzing the claims set forth in Plaintiffs' Complaint and preparing its response to same.

WHEREAS, on November 6, 2024, BANA requested from Plaintiffs identifying information for 49 Plaintiffs, including, *inter alia*, Rosa Martin and Wes Smith.

WHEREAS, on November 8, 2024, BANA requested from Plaintiffs identifying information for 28 Plaintiffs, including, *inter alia*, Jennifer Vance and Ryan Charleston.

WHEREAS, on January 28, 2025, BANA requested from Plaintiffs identifying information for 7 additional Plaintiffs.

WHEREAS, on February 12, 2025, BANA requested from Plaintiffs identifying information for 53 Plaintiffs, including, *inter alia*, Erin Kelly and Kevin Hayes.

WHEREAS, on February 19, 2025, BANA again requested from Plaintiffs identifying information for 33 Plaintiffs, including Jennifer Vance, Ashley Smith, Rosa Martin, Wes Smith, Ryan Charleston, Erin Kelly, and Kevin Hayes.

WHEREAS, Plaintiffs have been providing identifying information to BANA on a rolling basis.

WHEREAS, notwithstanding BANA's diligence, Plaintiffs have not yet provided all of the requested identifying information, and as a result, BANA has been unable to identify approximately 33 Plaintiffs.

WHEREAS, Plaintiffs have agreed to continue searching for certain Plaintiffs' identifying information and provide BANA with such identifying information within 30 days of the date of this stipulation.

WHEREAS, good cause exists to extend BANA's deadline to respond because BANA needs Plaintiffs' identifying information to analyze the claims set forth in the SACC and prepare its response to same.

///

GOODWIN PROCTER LLP

IT IS HEREBY STIPULATED THAT:

1. Plaintiffs will endeavor to provide the identifying information as requested for all Plaintiffs by no later than March 21, 2025;

2. BANA's Motion to Dismiss the Second Amended Consolidated Complaint shall be due on April 28, 2025;

3. Plaintiffs' Opposition to the Motion shall be due on June 13, 2025; and

4. BANA's Reply in support of the Motion shall be due on July 11, 2025.

Dated: February 20, 2025

By: */s/ Joshua Swigart*
Michael Kind (No. 13903)
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
mk@kindlaw.com

George Haines (No. 9411)
Gerardo Avalos (No. 15171)
FREEDOM LAW FIRM
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com

Joshua Swigart (pro hac vice)
SWIGART LAW GROUP, APC
221 Camino del Rio S., Suite 308
San Diego, CA 92108
(866) 219-3343
josh@swigartlawgroup.com

*Attorneys for Yip Plaintiffs*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Date: February 21, 2025**

Dated: February 20, 2025

By: */s/ Laura G. Brys*
James McGarry (pro hac vice)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
jmcgarry@goodwinlaw.com

Laura G. Brys (pro hac vice)
GOODWIN PROCTER LLP
601 South Figueroa Street, Suite 4100
Los Angeles, CA 90017
(213) 426-2500
lbrys@goodwinlaw.com

Yvonne Chan (pro hac vice)
JONES DAY
100 High Street
Boston, MA 02210
(617) 449-6914
ychan@jonesday.com

Kelly H. Dove (No. 10569)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
(702) 784-5200
kdove@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

GOODWIN PROCTER LLP

3