James W. McGarry (*pro hac vice*)
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
Email: jmcgarry@goodwinlaw.com

Laura G. Brys (*pro hac vice*)
Goodwin Procter LLP
601 S Figueroa St., Ste 4100
Los Angeles, CA 90017
Tel.: 213.426.2500
Email: lbrys@goodwinlaw.com

[*Additional counsel listed in signature block*]

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY YIP, et al., | Case No. 2:21-cv-01254-ART-EJY |
| Plaintiffs, | Consolidated with: 2:21-cv-02149-APG-BNW |
| vs. | |
| BANK OF AMERICA, N.A., | **JOINT STIPULATION AND ORDER TO FILE THIRD AMENDED CONSOLIDATED COMPLAINT, STRIKE CERTAIN ALLEGATIONS, AMEND THE BRIEFING SCHEDULE, AND EXCEED PAGE LIMITS FOR MOTION TO DISMISS THIRD AMENDED CONSOLIDATED COMPLAINT** |
| Defendant. | |
| A.M. HAMILTON, et al. | Case No. 2:22-cv-00374-ART-EJY |
| Plaintiffs, | |
| vs. | |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

Plaintiffs Bob McClelland, Jr., et al. ("Plaintiffs") and Bank of America, N.A. ("BANA," jointly Plaintiffs, the "Parties"), by and through their respective counsel, hereby submit this stipulation (i) to file the Third Amended Consolidated Complaint ("TACC"), (ii) to strike duplicative allegations in the TACC, (iii) to amend the briefing schedule, and (iv) to exceed the page limits for BANA's Motion to Dismiss the TACC (the "Motion").

### The Parties' Present Briefing Schedule

WHEREAS, on August 9, 2024, the Court granted in part and denied in part BANA's Motion to Dismiss the First Amended Complaint and ordered that Plaintiffs' Second Amended Consolidated Complaint ("SACC") would be due by September 9, 2024, at ECF No. 60.

WHEREAS, on November 20, 2024, pursuant to a stipulation by the Parties, the Court ordered that Plaintiffs' SACC would be due no later than January 3, 2025. *See* ECF Nos. 88, 89.

WHEREAS, on December 27, 2024, Plaintiffs filed their SACC, at ECF No. 91.

WHEREAS, on February 21, 2025, pursuant to a stipulation by the Parties, the Court ordered that BANA's Motion would be due on April 28, 2025, Plaintiffs' Opposition to the Motion would be due on June 13, 2025, and BANA's Reply in support of its Motion would be due on July 11, 2025. *See* ECF Nos. 97, 98.

WHEREAS, on April 18, 2025, Plaintiffs moved for leave to file the TACC (the "TACC Motion"). *See* ECF No. 105.

### Good Cause Exists to Strike the Second Set of Allegations of Hollie Peterson from the TACC.

WHEREAS, while Plaintiffs numbered 159 Plaintiffs in the SACC, two Plaintiffs, Hollie Peterson and Frances V. Prado, were listed twice. *Compare* ECF No. 91 at ¶¶ 81-84, 369-374 *with id.* at ¶¶ 168-171, 666-671.

WHEREAS, on March 14, 2025, pursuant to the Parties' Stipulation, the Court struck the allegations listed in Hollie Peterson's second appearance (SACC ¶¶ 168-171) and Frances V. Prado's second appearance (as Frances V. Prado) (*id.* ¶¶ 666-671) from the SACC. *See* Stipulation

and Order to Strike Paragraphs 168-171 and Paragraphs 666-671 of Plaintiffs' Second Amended Consolidated Complaint, ECF nos. 100, 101.

WHEREAS, while the TACC omits the second appearance of Frances V. Prado, the TACC still incorrectly includes Hollie Peterson twice.  *Compare* ECF No. 105-1 at ¶¶ 81-84 *with id.* at ¶¶ 159-162.

**Good Cause Exists to Modify the Schedule.**

WHEREAS, BANA's Motion to Dismiss the SACC is presently due on April 28, 2025, which is before its response to the TACC Motion, May 2, 2025.

WHEREAS, in the interests of efficiency and judicial economy, the Parties agree that the TACC should be filed within two business days after the Court's Order on this Stipulation; that BANA's Motion to Dismiss the new operative complaint (the TACC) shall be due on May 9, 2025; and that the Parties shall otherwise maintain the current Court-ordered briefing schedule on the motion to dismiss the operative complaint.

**Good Cause Exists to Exceed Page Limits on the Motion.**

WHEREAS, on April 18, 2025, Plaintiffs filed their 206-page TACC.  ECF No. 105-1.  Within its 708 paragraphs, the TACC sets forth allegations for 145 Plaintiffs and asserts 10 causes of action.  *See id*.  To adequately address the deficiencies of the TACC, BANA requires an additional 10 pages above the 34-page limit set by L.R. 7-3.  Permitting these additional pages would serve to further judicial efficiency because BANA's Motion will narrow the claims that would need to be litigated by the Parties.  However, additional pages are required to set forth fulsome arguments for the Court's consideration.

Based on the foregoing, IT IS HEREBY STIPULATED THAT:

1. Plaintiffs shall file the TACC, attached hereto as Exhibit 1, within two court days after the Court's order on this Stipulation;

2. Paragraphs 159 - 162 of the TACC shall be stricken;

3. BANA's Motion to Dismiss the TACC (the "Motion") shall be due on May 9, 2025;

4. Plaintiffs' Opposition to the Motion shall be due on June 13, 2025;

5. BANA's Reply in support of the Motion shall be due on July 11, 2025; and

6. BANA's Motion shall be granted an additional 10 pages above the 24-page limit set by L.R. 7-3.

Dated: April 23, 2025                                              Dated: April 23, 2025

*Electronic Signature Authorized*

By: /s/ *George Haines*                                            By: /s/ *Laura Brys*
Michael Kind (No. 13903)                                           James McGarry (*pro hac vice*)
KIND LAW                                                           GOODWIN PROCTER LLP
8860 South Maryland Parkway, Suite 106                             100 Northern Avenue
Las Vegas, Nevada 89123                                            Boston, MA 02210
(702) 337-2322                                                     (617) 570-1000
mk@kindlaw.com                                                     jmcgarry@goodwinlaw.com

George Haines (No. 9411)                                           Laura G. Brys (*pro hac vice*)
Gerardo Avalos (No. 15171)                                         GOODWIN PROCTER LLP
FREEDOM LAW FIRM                                                   601 S Figueroa St. Ste 4100
8985 S. Eastern Ave., Suite 350                                    Los Angeles, CA 90017
Las Vegas, Nevada 89123                                            Tel.: 213.426.2500 Email:
(702) 880-5554                                                     lbrys@goodwinlaw.com
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com                                       Yvonne Chan (*pro hac vice*)
                                                                   JONES DAY
Joshua Swigart (*pro hac vice*)                                    100 High Street
SWIGART LAW GROUP, APC                                             Boston, MA 02210
221 Camino del Rio S., Suite 308                                   (617) 449-6914
San Diego, CA 92108                                                ychan@jonesday.com
(866) 219-3343
josh@swigartlawgroup.com                                           *Attorneys for Defendant Bank of America, N.A.*

*Attorneys for Plaintiff Tiffany Yip, et al.*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: April 24, 2025