James W. McGarry (*pro hac vice*)
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
Email: jmcgarry@goodwinlaw.com

Kelly H. Dove
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Dr., Ste 700
Las Vegas, NV 89135
Tel.: 702.784.5200
Email: kdove@swlaw.com

Laura G. Brys (*pro hac vice*)
Goodwin Procter LLP
601 S Figueroa St. Ste 4100
Los Angeles, CA 90017
Tel.: 213.426.2500
Email: lbrys@goodwinlaw.com

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY YIP, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>            Defendant.<br><br>A.M. HAMILTON, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>            Defendant. | Case No. 2:21-cv-01254-ART-EJY<br><br>Consolidated with:<br>2:21-cv-02149-APG-BNW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BANK OF AMERICA, N.A.'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS PARTIAL MOTION TO DISMISS THIRD AMENDED CONSOLIDATED COMPLAINT** |

# ORDER

Upon consideration of Defendant Bank of America, N.A.'s Motion for Leave to File Documents Under Seal in connection with its Partial Motion to Dismiss the Third Amended Consolidated Complaint and the documents at issue, the Court concludes that compelling reasons exist to seal the documents. Accordingly the Court GRANTS Defendant's Motion to Seal at ECF No. 114 as follows:

- Portions of the Partial Motion to Dismiss the Third Amended Consolidated Complaint;

- Paragraphs 8, 10, 12, 16, 20, 21e, 23, 24c, 24e, 24g, 24h, 24i, 25, and 26c of the Declaration of Don Robart in Support of Defendant's Partial Motion to Dismiss the Third Amended Consolidated Complaint; and

- Exhibits 3, 4, 5, and 6 to the Declaration of Don Robart in Support of Defendant's Partial Motion to Dismiss the Third Amended Consolidated Complaint in their entirety.

**IT IS SO ORDERED.**

Dated:  May 10, 2025

ELAYNA YOUCHAH
UNITED STATES MAGISTRATE JUDGE