1  James W. McGarry (*pro hac vice*)
   Goodwin Procter LLP
2  100 Northern Avenue
   Boston, MA 02210
3  Tel.: 617.570.1000
   Email: jmcgarry@goodwinlaw.com
4
   Kelly H. Dove
5  Nevada Bar No. 10569
   SNELL & WILMER L.L.P.
6  1700 S. Pavilion Center Dr., Ste 700
   Las Vegas, NV 89135
7  Tel.: 702.784.5200
   Email: kdove@swlaw.com
8
9  [*Additional counsel listed in signature block*]

10 *Attorneys for Defendant Bank of America, N.A.*

11
                    **UNITED STATES DISTRICT COURT**
12
                         **DISTRICT OF NEVADA**
13
   TIFFANY YIP, et al.,                    | Case No. 2:21-cv-01254-ART-EJY
14
                  Plaintiffs,              | Consolidated with:
15                                         | 2:21-cv-02149-APG-BNW
   vs.
16                                         | **JOINT STIPULATION TO FILE**
   BANK OF AMERICA, N.A.,                  | **AMENDED MOTION TO DISMISS**
17                                         | **THIRD AMENDED CONSOLIDATED**
                  Defendant.               | **COMPLAINT AND AMEND THE**
18                                         | **BRIEFING SCHEDULE**

19 A.M. HAMILTON, et al.                   | Case No. 2:22-cv-00374-ART-EJY

20                Plaintiffs,

21 vs.

22 BANK OF AMERICA, N.A.,

23                Defendant.

24
25
26
27
28

Plaintiffs Bob McClelland, Jr., et al. ("Plaintiffs") and Bank of America, N.A. ("BANA," jointly Plaintiffs, the "Parties"), by and through their respective counsel, hereby submit this stipulation regarding BANA's Partial to Dismiss the Third Amended Consolidated Complaint ("Motion to Dismiss").

### The Parties' Present Briefing Schedule

WHEREAS, on August 9, 2024, the Court granted in part and denied in part BANA's Motion to Dismiss the First Amended Complaint and ordered that Plaintiffs' Second Amended Consolidated Complaint ("SACC") would be due by September 9, 2024, at ECF No. 60.

WHEREAS, on November 20, 2024, pursuant to a stipulation by the Parties, the Court ordered that Plaintiffs' SACC would be due no later than January 3, 2025.  *See* ECF Nos. 88, 89.

WHEREAS, on December 27, 2024, Plaintiffs filed their SACC, at ECF No. 91.

WHEREAS, on February 21, 2025, pursuant to a stipulation by the Parties, the Court ordered that BANA's Motion would be due on April 28, 2025, Plaintiffs' Opposition to the Motion would be due on June 13, 2025, and BANA's Reply in support of its Motion would be due on July 11, 2025.  *See* ECF Nos. 97, 98.

WHEREAS, on April 18, 2025, Plaintiffs moved for leave to file the Third Amended Complaint ("TACC").  *See* ECF No. 105.

WHEREAS, on April 24, 2025, pursuant to a stipulation by the Parties, the Court ordered that Plaintiffs' TACC would be due no later than three business days from the Court's order, BANA's Motion would be due on May 9, 2025, Plaintiffs' Opposition to the Motion would be due on June 13, 2025, and BANA's Reply in support of the Motion would be due on July 11, 2025. *See* ECF Nos. 106, 108.

WHEREAS, on April 28, 2025, Plaintiffs filed their TACC, at ECF No. 109.

WHEREAS, on May 9, 2025, counsel for BANA experienced various technological difficulties that affected its Partial Motion to Dismiss the TACC, which was filed at ECF No. 118, and the Corrected Partial Motion to Dismiss the TACC, at ECF No. 119.

WHEREAS, Plaintiffs would like additional time to respond to the Motion to Dismiss.

WHEREAS, it has come to BANA's attention that the Corrected Motion to Dismiss needs to be amended to accurately reflect the counts as to which Plaintiffs it is seeking to dismiss for which theories. *See* ECF Nos. 115, 119.

WHEREAS, BANA has agreed to file an Amended Partial Motion to Dismiss by May 15, 2025.

**Good Cause Exists to Modify the Schedule.**

WHEREAS, in the interests of efficiency and judicial economy, the Parties agree that the Amended Motion should be filed by May 15, 2025; that Plaintiffs' Opposition to the Amended Motion shall be due on July 11, 2025; and that BANA's Reply in support of the Amended Motion shall be due on August 15, 2025.

Based on the foregoing, IT IS HEREBY STIPULATED THAT:

1. BANA shall file the Amended Motion by May 15, 2025.
2. Plaintiffs' Opposition to the Amended Motion shall be due on July 11, 2025; and
3. BANA's Reply in support of the Amended Motion shall be due on August 15, 2025.

Dated: May 15, 2025                                         Dated: May 15, 2025

By: *s/ Joshua Swigart*                                     By: *s/ Laura G. Brys*
Michael Kind (No. 13903)                                    James McGarry (*pro hac vice*)
KIND LAW                                                    GOODWIN PROCTER LLP
8860 South Maryland Parkway, Suite 106                      100 Northern Avenue
Las Vegas, Nevada 89123                                     Boston, MA 02210
(702) 337-2322                                              (617) 570-1000
mk@kindlaw.com                                              jmcgarry@goodwinlaw.com

George Haines (No. 9411)                                    Laura G. Brys (*pro hac vice*)
Gerardo Avalos (No. 15171)                                  GOODWIN PROCTER LLP
FREEDOM LAW FIRM                                            601 S Figueroa St. Ste 4100
8985 S. Eastern Ave., Suite 350                             Los Angeles, CA 90017
Las Vegas, Nevada 89123                                     Tel.: 213.426.2500 Email:
(702) 880-5554                                              lbrys@goodwinlaw.com
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com                                Yvonne Chan (*pro hac vice*)

| | |
|---|---|
| Joshua Swigart (*pro hac vice*)<br>SWIGART LAW GROUP, APC<br>221 Camino del Rio S., Suite 308<br>San Diego, CA 92108<br>(866) 219-3343<br>josh@swigartlawgroup.com<br><br>*Attorneys for Plaintiff Tiffany Yip, et al.* | JONES DAY<br>100 High Street<br>Boston, MA 02210<br>(617) 449-6914<br>ychan@jonesday.com<br><br>*Attorneys for Defendant Bank of America, N.A.* |

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: May 16, 2025