| | |
|---|---|
| 1 | James W. McGarry (*pro hac vice*) |
| | Goodwin Procter LLP |
| 2 | 100 Northern Avenue |
| | Boston, MA  02210 |
| 3 | Tel.: 617.570.1000 |
| | Email: jmcgarry@goodwinlaw.com |
| 4 | |
| | Kelly H. Dove |
| 5 | Nevada Bar No. 10569 |
| | SNELL & WILMER L.L.P. |
| 6 | 1700 S. Pavilion Center Dr., Ste 700 |
| | Las Vegas, NV 89135 |
| 7 | Tel.: 702.784.5200 |
| | Email: kdove@swlaw.com |
| 8 | |
| | Laura G. Brys (*pro hac vice*) |
| 9 | Goodwin Procter LLP |
| | 601 S Figueroa St. Ste 4100 |
| 10 | Los Angeles, CA  90017 |
| | Tel.: 213.426.2500 |
| 11 | Email: lbrys@goodwinlaw.com |

*Attorneys for Defendant Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIFFANY YIP, et al., | Case No. 2:21-cv-01254-ART-EJY |
| Plaintiffs, | Consolidated with: |
| vs. | 2:21-cv-02149-APG-BNW |
| BANK OF AMERICA, N.A., | [~~PROPOSED~~] **ORDER GRANTING DEFENDANT BANK OF AMERICA, N.A.'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS AMENDED PARTIAL MOTION TO DISMISS THIRD AMENDED CONSOLIDATED COMPLAINT [ECF 109]** |
| Defendant. | |
| A.M. HAMILTON, et al., | |
| Plaintiffs, | |
| vs. | |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

## ORDER

Upon consideration of Defendant Bank of America, N.A.'s Motion for Leave to File Documents Under Seal in connection with its Amended Partial Motion to Dismiss the Third Amended Consolidated Complaint and the documents at issue, the Court concludes that compelling reasons exist to seal the documents. Accordingly the Court GRANTS Defendant's Motion to Seal at ECF No. 126 as follows:

- Portions of the Amended Partial Motion to Dismiss the Third Amended Consolidated Complaint;

- Paragraphs 8, 10, 12, 16 (including all subparts), 20 (including all subparts), 21d, 23 (including all subparts), 24 (final sentence), 24a, 24b, 24c, 24d, 24e, 24f, 24g, 24h, 24i, 24j, 25 (including all subparts), 26a, 26b, 26d, 26g, 26h, 27 (first sentence), 28 (first sentence), 29 (first sentence) and 30 (portion of first sentence and final sentence) of the Amended Declaration of Don Robart in Support of Defendant's Amended Partial Motion to Dismiss the Third Amended Consolidated Complaint; and

- Exhibits 3, 4, 5, and 6 to the Amended Declaration of Don Robart in Support of Defendant's Amended Partial Motion to Dismiss the Third Amended Consolidated Complaint in their entirety.

**IT IS SO ORDERED.**

Dated: May 16, 2025

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE