**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

A.M. Hamilton, et al.

   Plaintiff(s),

vs.

Bank of America, N.A.

   Defendant(s).

Case No. 2:22-cv-374-ART-EJY
**ORDER APPROVING**

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

____G. Franklin Lemond, Jr.____, Petitioner, respectfully represents to the Court:
 (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

____Webb, Klase & Lemond, LLC____
    (firm name)

with offices at ____1900 The Exchange SE, Suite 480____,
    (street address)

____Atlanta____, ____Georgia____, ____30339____,
 (city)   (state)   (zip code)

____770-444-9594____, ____franklin@webbllc.com____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

____A.M. Hamilton, et al.____ to provide legal representation in connection with
  [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **November 16, 2004** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Georgia** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC - Northern District of Georgia | July 18, 2005 | |
| USDC - Middle District of Georgia | November 16, 2006 | |
| USDC - Eastern District of Michigan | September 7, 2017 | |
| Eleventh Circuit Court of Appeals | July 26, 2005 | |
| Sixth Circuit Court of Appeals | May 9, 2018 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Georgia____ )
COUNTY OF ____Fulton____ )

____G. Franklin Lemond, Jr.____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__24__ day of __June__, __2025__.

_____
Notary Public or Clerk of Court

MICHELLE URREA
Notary Public - State of Georgia
Fulton County
My Commission Expires Apr 15, 2028

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____George O. West III____, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____10161 Park Run Drive, Suite 150____,
(street address)

__Las Vegas__, __Nevada__, __89145__,
(city)     (state)     (zip code)

__(702) 664-1168__, __gowesq1@icloud.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____George O. West III_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

A.M. Hamilton
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

7951                          gowesq1@icloud.com
Bar number                    Email address

**APPROVED.**

_____
Anne R. Traum
United States District Judge

DATED: June 30, 2025

5

Rev. 5/16



Lawyers Serving the Public and the Justice System

Mr. G. Franklin Lemond, Jr.
Webb Klase & Lemond LLC
1900 The Exchange SE Suite 480
Atlanta, GA 30339-3911
UNITED STATES

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 11/16/2004 |
| **BAR NUMBER:** | 141315 |
| **TODAY'S DATE:** | 06/18/2025 |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*[signature]*

**Official Representative of the State Bar of Georgia**

HEADQUARTERS
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

COASTAL GEORGIA OFFICE
7402 Hodgson Memorial Drive, Suite 105
Savannah, GA 31406-2562
912-239-9910 · 877-239-9910
Fax 912-239-9970

SOUTH GEORGIA OFFICE
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435