James W. McGarry (*pro hac vice*)
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
Email: jmcgarry@goodwinlaw.com

Kelly H. Dove
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Dr., Ste 700
Las Vegas, NV 89135
Tel.: 702.784.5200
Email: kdove@swlaw.com

[*Additional counsel listed in signature block*]

*Attorneys for Defendant Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIFFANY YIP, et al., | Case No. 2:21-cv-01254-ART-EJY |
| Plaintiffs, | Consolidated with:<br>2:21-cv-02149-APG-BNW |
| vs. | |
| BANK OF AMERICA, N.A., | **SECOND JOINT STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE AND EXCEED PAGE LIMITS RE: DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS THIRD AMENDED CONSOLIDATED COMPLAINT [ECF No. 127]** |
| Defendant. | |
| A.M. HAMILTON, et al. | Case No. 2:22-cv-00374-ART-EJY |
| Plaintiffs, | |
| vs. | |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

SECOND JOINT STIPULATION AND ORDER RE:
AMENDED MTN. TO DISMISS THIRD
AMENDED CONSOLIDATED COMPLAINT          CASE NO. 2:22-CV-00374-ART-EJY

Plaintiffs Bob McClelland, Jr., et al. ("Plaintiffs") and Bank of America, N.A. ("BANA," jointly Plaintiffs, the "Parties"), by and through their respective counsel, hereby submit the following stipulation (i) to exceed the page limits for the forthcoming Opposition and Reply related to BANA's Amended Motion to Dismiss the Third Amended Consolidated Complaint ("TACC," ECF No. 109) (the "TACC Motion," ECF No. 127); and (ii) to amend the briefing schedule for the TACC Motion:

**Good Cause Exists to Exceed Page Limits on Plaintiffs' Opposition and BANA's Reply.**

WHEREAS, on April 28, 2025, Plaintiffs filed their 206-page TACC. ECF No. 109. Within its 704 paragraphs, the TACC sets forth allegations for 145 Plaintiffs and asserts 10 causes of action. *See id.*

WHEREAS, on April 24, 2025, the Court entered an Order whereby BANA was permitted to exceed the page limit for the TACC Motion. *See* ECF No. 108.

WHEREAS, on May 15, 2025, BANA filed its 33-page TACC Motion. *See* ECF No. 127.

WHEREAS, to adequately address BANA's arguments regarding the 145 plaintiffs and 10 causes of action, Plaintiffs require an additional 16 pages above the 24-page limit set by L.R. 7-3 for their Opposition, for a total of 40 pages.

WHEREAS, to adequately respond to Plaintiffs' anticipated 40-page Opposition, BANA requests an additional eight pages above the 12-page limit set by L.R. 7-3, for a total of 20 pages.

**Good Cause Exists to Modify the Schedule.**

WHEREAS, on May 16, 2025, the Court entered a briefing schedule whereby BANA would file its TACC Motion by May 15, 2025; Plaintiffs would file their Opposition by July 11, 2025; and BANA would file its Reply by August 15, 2025. *See* ECF No. 130.

WHEREAS, given Plaintiffs are filing an oversized 40-page Opposition, the Parties agree that BANA shall have an additional seven days from the deadline in the current briefing schedule to file its Reply.

///

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

SECOND JOINT STIPULATION AND ORDER RE:
MTN. TO DISMISS THIRD AMENDED
CONSOLIDATED COMPLAINT                    CASE NO. 2:22-CV-00374-ART-EJY

1

Based on the foregoing, IT IS HEREBY STIPULATED THAT:

1. Plaintiffs shall be granted an additional 16 pages above the 24-page limit set by L.R. 7-3 for a total of 40 pages for their Opposition to the TACC Motion; and

2. BANA shall be granted an additional eight pages above the 12-page limit set by L.R. 7-3 for a total of 20 pages for its Reply in Support of the TACC Motion, which shall be due on August 22, 2025.

Dated: July 11, 2025

*Electronic Signature Authorized*

By: /s/ *George Haines*
Michael Kind (No. 13903)
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
mk@kindlaw.com

George Haines (No. 9411)
Gerardo Avalos (No. 15171)
FREEDOM LAW FIRM
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com

Joshua Swigart (*pro hac vice*)
SWIGART LAW GROUP, APC
221 Camino del Rio S., Suite 308
San Diego, CA 92108
(866) 219-3343
josh@swigartlawgroup.com

*Attorneys for Plaintiff Tiffany Yip, et al.*

Dated: July 11, 2025

By: */s/ Laura G. Brys*
James McGarry (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
jmcgarry@goodwinlaw.com

Kelly H. Dove
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Dr., Ste 700
Las Vegas, NV 89135
702.784.5200
kdove@swlaw.com

Matthew Riffee (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
(202) 346-4029
MRiffee@goodwinlaw.com

Laura G. Brys (*pro hac vice*)
GOODWIN PROCTER LLP
601 S Figueroa St. Ste 4100
Los Angeles, CA 90017
Tel.: 213.426.2500 Email:
lbrys@goodwinlaw.com

2

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

SECOND JOINT STIPULATION AND ORDER RE:
MTN. TO DISMISS THIRD AMENDED
CONSOLIDATED COMPLAINT

CASE NO. 2:22-CV-00374-ART-EJY

Yvonne Chan (*pro hac vice*)
JONES DAY
100 High Street
Boston, MA 02210
(617) 449-6914
ychan@jonesday.com

*Attorneys for Defendant Bank of America, N.A.*

IT IS SO ORDERED.

_____
U.S. Magistrate Judge

Date:  July 14, 2025

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

SECOND JOINT STIPULATION AND ORDER RE:
MTN. TO DISMISS THIRD AMENDED
CONSOLIDATED COMPLAINT

3

CASE NO. 2:22-CV-00374-ART-EJY