JAMES W. MCGARRY (*pro hac vice*)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
Email: *jmcgarry@goodwinlaw.com*

KELLY H. DOVE
Nevada Bar No. 10569
**SNELL & WILMER L.L.P.**
1700 S. Pavilion Center Dr., Ste 700
Las Vegas, NV 89135
Tel.: 702.784.5200
Email: *kdove@swlaw.com*

[*Additional counsel listed in signature block*]

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY YIP, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>            Defendant.<br><br>A.M. HAMILTON, KEVIN JOHNSON, KRISTIN JONES, and NIKITA WHITE, individually, and on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>           Defendant. | Case No. 2:21-cv-01254-ART-EJY<br><br>Consolidated with:<br>2:21-cv-02149-APG-BNW<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT**<br><br>**(First Request)**<br><br>Case No. 2:22-cv-00374-ART-EJY |

Plaintiffs A.M. Hamilton, et al. ("Plaintiffs") and Bank of America, N.A. ("BANA," and together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby submit this stipulation to allow for an extension of time for BANA's forthcoming Answer to the Second Amended Complaint ("SAC"). This is the first request for an extension of this response deadline.

On September 30, 2025, the Court granted in part and denied in part BANA's Motion to Dismiss, without directing Plaintiffs to amend the SAC. *See Yip*, ECF No. 164.

Accordingly, BANA's Answer to the SAC is due by October 14, 2025. *See* Fed. R. Civ. P. 12(a)(4)(A).

Given the complexities of the SAC, which consists of over 208 paragraphs, and in order to allow BANA sufficient time to meaningfully respond to the SAC, the Parties have agreed to a 14-day extension, by which BANA's Answer to the SAC shall be due on October 28, 2025.

IT IS SO STIPULATED.

Dated: October 06, 2025

By: */s/ G. Franklin Lemond, Jr.,*
George O. West III (No. 7951)
LAW OFFICES OF GEORGE O. WEST III
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 664-1168
gowesq@cox.net

E. Adam Webb (pro hac vice)
G. Franklin Lemond, Jr. (pro hac vice)
WEBB, KLASE & LEMOND LLC
1900 The Exchange S.E., Suite 480
Atlanta, Georgia 30339
(770) 444-0773
adam@webbllc.com
flemond@webbllc.com

*Attorneys for Plaintiffs A.M. Hamilton, Kevin Johnson, Kristin Jones, and Nikita White*

Dated: October 06, 2025

By: */s/ Laura G. Brys*
Kelly H. Dove (No. 10569)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
(702) 784-5200
kdove@swlaw.com

James McGarry (pro hac vice)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
jmcgarry@goodwinlaw.com

Yvonne Chan (pro hac vice)
JONES DAY
100 High Street
Boston, MA 02210
(617) 449-6914
ychan@jonesday.com

*Attorneys for Defendant Bank of America, N.A.*

**ORDER**

IT IS SO ORDERED.

_____
Hon. Elayna J. Youchah
United States Magistrate Judge
DATED: October 7, 2025