George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM, LLC**
8985 S. Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com

Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
5071 N Rainbow Blvd, Suite 110
Las Vegas, NV 89130
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

*Attorneys for Individual Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Tiffany Yip, et al, <br><br><div align="center">Plaintiffs,</div><br> v. <br><br> Bank of America, N.A., <br><br><div align="center">Defendant.</div> | Case No.: 2:21-cv-01254-ART-EJY <br><br> **MOTION TO WITHDRAW OF ATTORNEY ILANA PLATKIEWICZ** |

Pursuant to LR IA 11-6 (b), Ilana Platkiewicz, of Swigart Law Group, APC, respectfully moves to withdraw as counsel of record for Individual Plaintiffs, in the above action. In support of the foregoing, the undersigned hereby states as follows:

1. Ilana Platkiewicz will no longer be affiliated with the law firm Swigart Law Group, APC as of December 20, 2025, and respectfully moves to withdraw as counsel for Individual Plaintiffs but does not seek to withdraw the appearance of the firm of Swigart Law Group, APC or its remaining attorneys.

2. This request is made for good cause and not for the purpose of delay; and withdrawal will not unfairly prejudice any party or unduly delay the proceedings.

3. Notice of this motion has been provided to all counsel of record.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

2

1  WHEREFORE, Ilana Platkiewicz, of Swigart Law Group, APC, respectfully requests

2  the Court grant this motion to withdraw as counsel of record for Individual Plaintiffs,

3  authorizing the Clerk to remove, Ilana Platkiewicz, of Swigart Law Group, APC, from

4  the Court's service list, and the docket as counsel of record as well as from all future

5  correspondence and notices of electronic filing in this action, and grant such other

6  relief as the Court deems just and proper.

7

8  Dated: December 19, 2025.

9

10

11                                  Respectfully submitted,

12                                  **SWIGART LAW GROUP, APC**

13

14                                  By: /s/ Ilana Platkiewicz
                                    Ilana Platkiewicz, Esq.

15                                  ilana@swigartlawgroup.com
                                    Joshua B. Swigart

16                                  josh@swigartlawgroup.com

17                                  2221 Camino Del Rio South, Ste 308
                                    San Diego, CA 92108

18                                  Telephone: (866) 219-3343

19                                  Facsimile: (866) 219-8344
                                    *Admitted Pro Hac Vice*

20

21                                  **FREEDOM LAW FIRM**

22

23                                   /s/ Gerardo Avalos
                                    George Haines, Esq.

24                                  Gerardo Avalos, Esq.

25                                  8985 S. Eastern Ave., Suite 100
                                    Las Vegas, Nevada 89123

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KIND LAW**

*/s/ Michael Kind*

Michael Kind, Esq.

5071 N. Rainbow Blvd., Suite 110

Las Vegas, Nevada 89130

*Attorneys for Plaintiffs*

FOR GOOD CAUSE SHOWN, it is hereby ORDERED that Ilana Platkiewicz, of Swigart Law Group, APC is granted leave to withdraw as counsel of record for Individual Plaintiffs in this matter.

**IT IS SO ORDERED.**

_____

UNITED STATE MAGISTRATE JUDGE

Date: December 19, 2025

Motion to Withdraw

Case No. 2:21-cv-01254-ART-EJY