1  JAMES W. MCGARRY (*pro hac vice*)
   JMcgarry@goodwinlaw.com
2  **GOODWIN PROCTER LLP**
   100 Northern Avenue
3  Boston, MA 02210
   Tel.: +1 617.570.1000
4  Fax: +1 617 523 1231

5  LAURA G. BRYS (*pro hac vice*)
   LBrys@goodwinlaw.com
6  **GOODWIN PROCTER LLP**
   601 S Figueroa St., Ste 4100
7  Los Angeles, CA 90017
   Tel.: +1 213.426.2500
8  Fax: +1 213.623.1673

9  *[Additional counsel listed in signature block]*

10 Attorneys for Defendant BANK OF AMERICA, N.A

## UNITED STATED DISTRICT COURT

## FOR THE COUNTY OF NEVADA

| | |
|---|---|
| TIFFANY YIP, et al., | Case No. 2:21-cv-01254-ART-EJY |
| Plaintiffs, | Consolidated with: |
| v. | 2:21-cv-02149-APG-BNW |
| BANK OF AMERICA, N.A., | **JOINT STIPULATION TO AMEND STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER (ECF NO. 150)** |
| Defendant. | |
| A.M. HAMILTON, et al. | |
| Plaintiffs, | Case No. 2:22-cv-00374-ART-EJY |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

Plaintiffs Bob McClelland, Jr., et al. (the "Individual Plaintiffs") and Plaintiffs A.M. Hamilton, et al. (the "Hamilton Plaintiffs") (collectively, "Plaintiffs"), on the one hand, and Bank of America, N.A. ("BANA"), on the other, (collectively, the "Parties"), by and through their respective counsel, hereby submit the following stipulation to further amend the Scheduling Order (ECF No. 150).

WHEREAS, on October 18, 2022, Case No. 2:22-cv-00374-ART-EJY ("*Hamilton*") was partially consolidated with Case No. 2:21-cv-01254-ART-EJY ("*Yip*") for the purposes of dispositive motions and discovery. ECF No. 17.

WHEREAS, on October 29, 2024, the Court partially granted the Stipulated Discovery Plan and Scheduling Order (the "Hamilton Order"), submitted by the Hamilton Plaintiffs and BANA. ECF No. 84.

WHEREAS, on November 20, 2024, the Court granted and entered the Individual Plaintiffs' Stipulated Discovery Plan and Scheduling Order ("Individual Plaintiffs Order"), submitted by the Individual Plaintiffs and BANA. ECF No. 89.

WHEREAS, on August 11, 2025, the Court granted and entered the Parties' Amended Stipulated Discovery Plan and Scheduling Order ("Amended Order"), amending the Hamilton Order and the Individual Plaintiffs Order. ECF No. 150.

WHEREAS, the deadlines ordered by the Court and stipulated by the Parties in the Amended Order are identical and consolidated for both cases.

**Good Cause Exists to Amend the Individual Plaintiffs' Scheduling Order Given the Pending Motion to Dismiss.**

WHEREAS, on April 28, 2025, the *Yip* Plaintiffs filed their 206-page Third Amended Consolidated Complaint ("TACC"). ECF No. 109.

WHEREAS, on May 15, 2025, BANA filed its 33-page Motion to Dismiss the TACC ("TACC Motion"). *See* ECF No. 127.

1    WHEREAS, on July 11, 2025, the Individual Plaintiffs filed their 40-page Opposition to
2  the TACC Motion.

3    WHEREAS, the TACC Motion has been fully briefed.

4    WHEREAS, the Court held a hearing on the TACC Motion for December 18, 2025.

5    WHEREAS, the Parties anticipate that the Court will need additional time after the
6  December 18, 2025 hearing to issue its ruling on the TACC Motion ("Yip Dismissal Order").

7    WHEREAS, the Parties do not wish to waste resources and money on experts and
8  dispositive motions regarding Plaintiffs and/or claims that may be dismissed.

**Good Cause Exists to Amend the Hamilton Plaintiffs' Scheduling Order Given Ongoing Discovery.**

12   WHEREAS, BANA has already produced substantial documentation and BANA
13 anticipates substantially completing its document production on or about April 3, 2025.

14   WHEREAS, the Parties have met and conferred on multiple discovery disputes which may
15 still require guidance from the Court.

16   WHEREAS, the Hamilton Plaintiffs have proposed they will take their depositions of
17 BANA witnesses after BANA's documents are substantially produced.

18   WHEREAS, the Parties believe it would be prudent to prepare expert reports and dispositive
19 motions after the Court issues its order on class certification ("Class Certification Order") to prevent
20 wasting resources and money on experts and motion practice regarding claims that may not be
21 certified.

23   ACCORDINGLY, the Parties stipulate to the following extensions to the existing Amended
24 Order as follows:

25 ///
26 ///
27 ///

**Stipulated Deadlines**

| Event | Current Deadline | New Yip Deadline | New Hamilton Deadline |
|---|---|---|---|
| **Expert Discovery:** Expert Disclosures/Reports must be served by: | January 27, 2026 | Yip Plaintiffs Expert Disclosures/Reports: 60 days after the Yip Dismissal Order | Hamilton Plaintiffs Expert Disclosures/Reports: 60 days after the Class Certification Order |
| Rebuttal Expert Disclosures/Reports must be served by: | March 13, 2026 | BANA Expert Disclosures/Reports: 45 days after Yip Disclosures<br><br>Yip Plaintiffs Rebuttal: 15 days after BANA Disclosures | BANA Expert Disclosures/Reports: 45 days after Hamilton Disclosures<br><br>Hamilton Plaintiffs Rebuttal: 15 days after BANA Disclosures |
| **Discovery Cut-off Date** | May 18, 2026 | Fact Discovery: May 18, 2026<br><br>Expert Discovery Cutoff: 30 days after Yip Rebuttal Disclosures | Fact Discovery: July 3, 2026<br><br>Expert Discovery: 30 days after Hamilton Rebuttal Disclosures |
| **Dispositive Motions:** must be filed by | July 15, 2026 | Motion: 60 days after Expert Discovery Cutoff<br><br>Opposition: 60 days after Dispositive Motion<br><br>Rebuttal: 30 days after Opposition | Motion: 30 Days after Expert Discovery Cutoff<br><br>Opposition: 60 days after Dispositive Motion<br><br>Rebuttal: 30 days after Opposition |

///

|  |  |
|---|---|
| Dated: December 19, 2025 | Dated: December 19, 2025 |
| By: */s/ Joshua Swigart* | By: */s/ Laura G. Brys* |
| Michael Kind (No. 13903) | James McGarry (*pro hac vice*) |
| KIND LAW | GOODWIN PROCTER LLP |
| 8860 South Maryland Parkway, Suite 106 | 100 Northern Avenue |
| Las Vegas, Nevada 89123 | Boston, MA 02210 |
| (702) 337-2322 | (617) 570-1000 |
| mk@kindlaw.com | jmcgarry@goodwinlaw.com |
| George Haines (No. 9411) | Laura G. Brys (*pro hac vice*) |
| Gerardo Avalos (No. 15171) | GOODWIN PROCTER LLP |
| FREEDOM LAW FIRM | 601 S Figueroa St. Ste 4100 |
| 8985 S. Eastern Ave., Suite 350 | Los Angeles, CA 90017 |
| Las Vegas, Nevada 89123 | Tel.: 213.426.2500 Email: |
| (702) 880-5554 | lbrys@goodwinlaw.com |
| ghaines@freedomlegalteam.com | |
| gavalos@freedomlegalteam.com | Yvonne Chan (*pro hac vice*) |
| | JONES DAY |
| Joshua Swigart (*pro hac vice*) | 100 High Street |
| SWIGART LAW GROUP, APC | Boston, MA 02210 |
| 221 Camino del Rio S., Suite 308 | (617) 449-6914 |
| San Diego, CA 92108 | ychan@jonesday.com |
| (866) 219-3343 | |
| josh@swigartlawgroup.com | *Attorneys for Defendant Bank of America, N.A.* |
| *Attorneys for Plaintiff Tiffany Yip, et al.* | |

By: */s/ G. Franklin Lemond, Jr.*
George O. West III (No. 7951)
LAW OFFICES OF GEORGE O. WEST III
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 664-1168
gowesq1@icloud.com

E. Adam Webb (pro hac vice)
G. Franklin Lemond, Jr. (pro hac vice)
WEBB, KLASE & LEMOND LLC
1900 The Exchange S.E., Suite 480
Atlanta, Georgia 30339
(770) 444-0773
adam@webbllc.com
flemond@webbllc.com

*Attorneys for Plaintiff A.M. Hamilton, et al.*

1
2   IT IS SO ORDERED.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

*[signature]*
_____
Hon. Elayna J. Youchah
United States Magistrate Judge

DATED: December 19, 2025