JAMES W. MCGARRY (*pro hac vice*)
*JMcgarry@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.:  +1 617.570.1000
Fax:  +1 617 523 1231

LAURA G. BRYS (*pro hac vice*)
*LBrys@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S Figueroa St., Ste 4100
Los Angeles, CA 90017
Tel.:  +1 213.426.2500
Fax:  +1 213.623.1673

*[Additional counsel listed in signature block]*

Attorneys for Defendant BANK OF AMERICA, N.A.

## UNITED STATED DISTRICT COURT

## FOR THE COUNTY OF NEVADA

| | |
|---|---|
| TIFFANY YIP, et al., | Case No. 2:21-cv-01254-ART-EJY |
| Plaintiffs, | Consolidated with: |
| v. | Case No. 2:21-cv-02149-APG-BNW |
| BANK OF AMERICA, N.A., | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE THIRD AMENDED CONSOLIDATED COMPLAINT AND AMEND STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER (ECF No. 186)** |
| Defendant. | |
| A.M. HAMILTON, et al. | |
| Plaintiffs, | Case No. 2:21-cv-01254-ART-EJY |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

JOINT STIPULATION  RE: EXTEND TIME TO
RESPOND TO TACC AND AMEND STIPULATED
DISCOVERY PLAN                                          CASE NO. 2:21-CV-01254-ART-EJY

Plaintiffs Bob McClelland, Jr., et al. (the "Individual Plaintiffs"), on the one hand, and Bank of America, N.A. ("BANA"), on the other, (collectively, the "Parties"), by and through their respective counsel, hereby submit the following stipulation to further amend the governing Scheduling Order (ECF No. 186).

WHEREAS, on October 18, 2022, Case No. 2:22-cv-00374-ART-EJY ("*Hamilton*") was partially consolidated with Case No. 2:21-cv-01254-ART-EJY ("*Yip*") for the purposes of dispositive motions and discovery.  ECF No. 17.

WHEREAS, on October 29, 2024, the Court partially granted the Stipulated Discovery Plan and Scheduling Order (the "Hamilton Order"), submitted by the Hamilton Plaintiffs and BANA. ECF No. 84.

WHEREAS, on November 20, 2024, the Court granted and entered the Individual Plaintiffs' Stipulated Discovery Plan and Scheduling Order ("Individual Plaintiffs Order"), submitted by the Individual Plaintiffs and BANA.  ECF No. 89.

WHEREAS, on August 11, 2025, the Court granted and entered the Parties' Amended Stipulated Discovery Plan and Scheduling Order ("Amended Order"), amending the Hamilton Order and the Individual Plaintiffs Order.  ECF No. 150.

WHEREAS, on December 19, 2025, the Court granted and entered the Parties' Amended Stipulated Discovery Plan and Scheduling Order ("Second Amended Order"), amending the Hamilton Order and the Individual Plaintiffs Order.  ECF No. 186.

**Good Cause Exists to Extend BANA's Time to Answer and the Remaining Deadlines.**

WHEREAS, on April 28, 2025, the *Yip* Plaintiffs filed their 206-page Third Amended Consolidated Complaint ("TACC").  ECF No. 109.

WHEREAS, on May 15, 2025, BANA filed its 33-page Motion to Dismiss the TACC ("TACC Motion").  ECF No. 127.

WHEREAS, on January 20, 2026, the Court granted in part and denied in part the TACC Motion.  ECF No 187.

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

JOINT STIPULATION RE: EXTEND TIME TO RESPOND
TO TACC AND AMEND STIPULATED DISCOVERY
PLAN

2

CASE NO. 2:21-CV-01254-ART-EJY

WHEREAS, Fed. R. Civ. P. 12(a)(4)(A) provides that "if the court denies the motion … the responsive pleading must be served within 14 days after notice of the court's action."

WHEREAS, the Parties have agreed to engage in settlement discussions and are scheduling a mediation with a retired judge in February or March 2026.

WHEREAS, given the Parties wish to focus their efforts on settlement in the next 60 days and given the complexities of the TACC, which consists of 704 paragraphs, and in order to allow BANA to meaningfully respond to the TACC, the Parties have agreed to a 90-day extension, by which BANA's Answer to the TACC shall be due on May 5, 2026.

WHEREAS, the Parties do not wish to engage resources and money on experts and dispositive motions until after fully engaging in settlement discussions and after fact discovery is closed.

ACCORDINGLY, the Parties stipulate to the following extensions as to the Individual Plaintiffs' and BANA's corresponding deadlines in the existing Second Amended Order as follows:

**Stipulated Deadlines**

| Event | Current Yip Deadline | New Yip Deadline |
|---|---|---|
| BANA must file its Answer by: | February 3, 2026 | May 5, 2026 |
| **Expert Discovery:**<br><br>Expert Disclosures/Reports must be served by:<br><br><br><br><br><br>Rebuttal Expert Disclosures/Reports must be served by: | Yip Plaintiffs Expert Disclosures/Reports: 60 days after the Yip Dismissal Order<br><br>BANA Expert Disclosures/Reports: 45 days after Yip Disclosures<br><br>Yip Plaintiffs Rebuttal: 15 days after BANA Disclosures | Yip Plaintiffs Expert Disclosures/Reports: July 6, 2026<br><br>BANA Expert Disclosures/Reports: September 4, 2026<br><br>Yip Plaintiffs Rebuttal: September 25, 2026 |

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

JOINT STIPULATION RE: EXTEND TIME TO RESPOND TO TACC AND AMEND STIPULATED DISCOVERY PLAN

3

2:21-CV-01254-ART-EJY

| Discovery Cut-off Date | Fact Discovery: May 18, 2026 | Fact Discovery: May 18, 2026 |
|---|---|---|
|  | Expert Discovery Cutoff: 30 days after Yip Rebuttal Disclosures | Expert Discovery: October 30, 2026 |
| **Dispositive Motions:** must be filed by | Motion: 60 days after Expert Discovery Cutoff | Motion: December 18, 2026 |
|  | Opposition: 60 days after Dispositive Motion | Opposition: February 19, 2027 |
|  | Rebuttal: 30 days after Opposition | Rebuttal: March 19, 2027 |

Dated: January 27, 2026

Dated: January 27, 2026

By: */s/ Jayson Swigart*
Michael Kind (No. 13903)
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
mk@kindlaw.com

George Haines (No. 9411)
Gerardo Avalos (No. 15171)
FREEDOM LAW FIRM
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com

Joshua Swigart (*pro hac vice*)
Jayson Swigart (*pro hac vice*)
SWIGART LAW GROUP, APC
221 Camino del Rio S., Suite 308
San Diego, CA 92108
(866) 219-3343
josh@swigartlawgroup.com

*Attorneys for Plaintiff Tiffany Yip, et al.*

By: */s/ Laura G. Brys*
James McGarry (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
jmcgarry@goodwinlaw.com

Laura G. Brys (*pro hac vice*)
GOODWIN PROCTER LLP
601 S Figueroa St. Ste 4100
Los Angeles, CA 90017
Tel.: 213.426.2500 Email:
lbrys@goodwinlaw.com

Yvonne Chan (*pro hac vice*)
JONES DAY
100 High Street
Boston, MA 02210
(617) 449-6914
ychan@jonesday.com

*Attorneys for Defendant Bank of America, N.A.*

**IT IS SO ORDERED.**

**U.S. MAGISTRATE JUDGE**

**Date:  January 27, 2026**

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

JOINT STIPULATION RE: EXTEND TIME TO
RESPOND TO TACC AND AMEND STIPULATED
DISCOVERY PLAN

4

2:21-CV-01254-ART-EJY