JAMES W. MCGARRY (*pro hac vice*)
*JMcgarry@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.:  +1 617.570.1000
Fax:  +1 617 523 1231

LAURA G. BRYS (*pro hac vice*)
*LBrys@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S Figueroa St., Ste 4100
Los Angeles, CA 90017
Tel.:  +1 213.426.2500
Fax:  +1 213.623.1673

*[Additional counsel listed in signature block]*

Attorneys for Defendant BANK OF AMERICA, N.A.

## UNITED STATED DISTRICT COURT

## FOR THE COUNTY OF NEVADA

| | |
|---|---|
| TIFFANY YIP, et al., | Case No. 2:21-cv-01254-ART-EJY |
| Plaintiffs, | Consolidated with: |
| v. | Case No. 2:21-cv-02149-APG-BNW |
| BANK OF AMERICA, N.A., | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE THIRD AMENDED CONSOLIDATED COMPLAINT AND AMEND THE STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER (ECF No. 189)** |
| Defendant. | |
| A.M. HAMILTON, et al. | |
| Plaintiffs, | Case No. 2:21-cv-01254-ART-EJY |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

JOINT STIPULATION RE: EXTEND TIME TO
RESPOND TO TACC AND AMEND STIPULATED
DISCOVERY PLAN

CASE NO. 2:21-CV-01254-ART-EJY

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

Plaintiffs Bob McClelland, Jr., et al. (the "Individual Plaintiffs"), on the one hand, and Bank of America, N.A. ("BANA"), on the other, (collectively, the "Parties"), by and through their respective counsel, hereby submit the following stipulation to further amend the governing Scheduling Order (ECF No. 186).

WHEREAS, on October 18, 2022, Case No. 2:22-cv-00374-ART-EJY ("*Hamilton*") was partially consolidated with Case No. 2:21-cv-01254-ART-EJY ("*Yip*") for the purposes of dispositive motions and discovery.  ECF No. 17.

WHEREAS, on October 29, 2024, the Court partially granted the Stipulated Discovery Plan and Scheduling Order (the "Hamilton Order"), submitted by the Hamilton Plaintiffs and BANA.  ECF No. 84.

WHEREAS, on November 20, 2024, the Court granted and entered the Individual Plaintiffs' Stipulated Discovery Plan and Scheduling Order ("Individual Plaintiffs Order"), submitted by the Individual Plaintiffs and BANA.  ECF No. 89.

WHEREAS, on August 11, 2025, the Court granted and entered the Parties' Amended Stipulated Discovery Plan and Scheduling Order ("Amended Order"), amending the Hamilton Order and the Individual Plaintiffs Order.  ECF No. 150.

WHEREAS, on December 19, 2025, the Court granted and entered the Parties' Amended Stipulated Discovery Plan and Scheduling Order ("Third Amended Order"), amending the Hamilton Order and the Individual Plaintiffs Order.  ECF No. 186.

WHEREAS, on January 27, 2026, the Court granted the Court granted and entered the Parties' Amended Stipulated Discovery Plan and Scheduling Order ("Fourth Amended Order"), amending the Hamilton Order and the Individual Plaintiffs Order.  ECF No. 189.

### Good Cause Exists to Further Extend BANA's Time to Answer
### and the Remaining Deadlines.

WHEREAS, on April 28, 2025, the *Yip* Plaintiffs filed their 206-page Third Amended Consolidated Complaint ("TACC").  ECF No. 109.

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

JOINT STIPULATION RE: EXTEND TIME TO RESPOND
TO TACC AND AMEND STIPULATED DISCOVERY
PLAN

2

CASE NO. 2:21-CV-01254-ART-EJY

WHEREAS, on May 15, 2025, BANA filed its 33-page Motion to Dismiss the TACC ("TACC Motion").  ECF No. 127.

WHEREAS, on January 20, 2026, the Court granted in part and denied in part the TACC Motion.  ECF No 187.

WHEREAS, Fed. R. Civ. P. 12(a)(4)(A) provides that "if the court denies the motion … the responsive pleading must be served within 14 days after notice of the court's action."

WHEREAS, in the past two months, the Parties have exchanged settlement correspondence and scheduled a mediation with the Honorable Peggy A. Leen (Ret.) on April 21, 2026.

WHEREAS, given the Parties' desire to focus their efforts and resources on the upcoming mediation on April 21, and given the complexities of the TACC, which consists of 704 paragraphs, and in order to allow BANA sufficient time to meaningfully respond to the TACC, the Parties have agreed to a further 60-day extension, by which BANA's Answer to the TACC shall be due on July 2, 2026.

WHEREAS, in light of the Parties' commitment to devote their resources toward the mediation process and to defer additional litigation expenses in the interim, the Parties agree that such an extension is in the interest of judicial economy and the efficient resolution of this matter.

ACCORDINGLY, the Parties stipulate to the following extensions as to the Individual Plaintiffs' and BANA's corresponding deadlines in the existing Fourth Amended Order as follows:

**Stipulated Deadlines**

| Event | Current Yip Deadline | New Yip Deadline |
|---|---|---|
| BANA must file its Answer by: | May 5, 2026 | July 2, 2026 |

///

///

///

///

| Expert Discovery: | | |
|---|---|---|
| Expert Disclosures/Reports must be served by: | Yip Plaintiffs Expert Disclosures/Reports: July 6, 2026 <br><br> BANA Expert Disclosures/Reports: September 4, 2026 <br><br> Yip Plaintiffs Rebuttal: September 25, 2026 | Yip Plaintiffs Expert Disclosures/Reports: September 4, 2026 <br><br> BANA Expert Disclosures/Reports: November 6, 2026 |
| Rebuttal Expert Disclosures/Reports must be served by: | | Yip Plaintiffs Rebuttal: November 30, 2026 |
| **Discovery Cut-off Date** | Fact Discovery: May 18, 2026 <br><br> Expert Discovery: October 30, 2026 | Fact Discovery: July 17, 2026 <br><br> Expert Discovery: December 22, 2026 |
| **Dispositive Motions:** must be filed by | Motion: December 18, 2026 <br><br> Opposition: February 19, 2027 <br><br> Rebuttal: March 19, 2027 | Motion: February 19, 2027 <br><br> Opposition: April 16, 2027 <br><br> Rebuttal: May 14, 2027 |

Dated: March 9, 2026                     Dated: March 9, 2026


By: */s/ Jayson Swigart*                   By: */s/ Laura G. Brys*
Michael Kind (No. 13903)                   James McGarry (*pro hac vice*)
KIND LAW                                   GOODWIN PROCTER LLP
8860 South Maryland Parkway, Suite 106     100 Northern Avenue
Las Vegas, Nevada 89123                    Boston, MA 02210
(702) 337-2322                             (617) 570-1000
mk@kindlaw.com                             jmcgarry@goodwinlaw.com

George Haines (No. 9411)                   Laura G. Brys (*pro hac vice*)
Gerardo Avalos (No. 15171)                 GOODWIN PROCTER LLP
FREEDOM LAW FIRM                           601 S Figueroa St. Ste 4100
8985 S. Eastern Ave., Suite 350            Los Angeles, CA 90017
Las Vegas, Nevada 89123                    Tel.: 213.426.2500 Email:
(702) 880-5554                             lbrys@goodwinlaw.com
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com               Yvonne Chan (*pro hac vice*)
                                           JONES DAY
Joshua Swigart (*pro hac vice*)            100 High Street

Jayson Swigart (*pro hac vice*)
SWIGART LAW GROUP, APC
221 Camino del Rio S., Suite 308
San Diego, CA 92108
(866) 219-3343
josh@swigartlawgroup.com

Boston, MA 02210
(617) 449-6914
ychan@jonesday.com

*Attorneys for Defendant Bank of America, N.A.*

*Attorneys for Plaintiff Tiffany Yip, et al.*

The parties are reminded to abide by local rules of the Court. Applicable here is LR IA 6-2. Failure to comply in the future may result in denial of submissions.

IT IS HEREBY ORDERED that the Stipulation at ECF No. 198 is GRANTED this 9th day of March, 2026.

_____
Elayna J. Youchah
United States Magistrate Judge

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

JOINT STIPULATION RE: EXTEND TIME TO
RESPOND TO TACC AND AMEND STIPULATED
DISCOVERY PLAN

5

2:21-CV-01254-ART-EJY