JAMES W. MCGARRY (*pro hac vice*)
*JMcgarry@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.:  +1 617.570.1000
Fax:  +1 617 523 1231

LAURA G. BRYS (*pro hac vice*)
*LBrys@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S Figueroa St., Ste 4100
Los Angeles, CA 90017
Tel.:  +1 213.426.2500
Fax:  +1 213.623.1673

*[Additional counsel listed in signature block]*

Attorneys for Defendant BANK OF AMERICA, N.A.

# UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY YIP, et al., | Case No. 2:21-cv-01254-ART-EJY |
| Plaintiffs, | Consolidated with: |
| v. | Case No. 2:21-cv-02149-APG-BNW |
| BANK OF AMERICA, N.A., | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE THIRD AMENDED CONSOLIDATED COMPLAINT (ECF No. 198)** |
| Defendant. | |
| A.M. HAMILTON, et al. | |
| Plaintiffs, | Case No. 2:21-cv-01254-ART-EJY |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

Plaintiffs Bob McClelland, Jr., et al. (the "Individual Plaintiffs"), on the one hand, and Bank of America, N.A. ("BANA"), on the other, (collectively, the "Parties"), by and through their respective counsel, hereby submit the following stipulation to further amend the governing Scheduling Order (ECF No. 186).

WHEREAS, on October 18, 2022, Case No. 2:22-cv-00374-ART-EJY ("*Hamilton*") was partially consolidated with Case No. 2:21-cv-01254-ART-EJY ("*Yip*") for the purposes of dispositive motions and discovery.  ECF No. 17.

WHEREAS, on October 29, 2024, the Court partially granted the Stipulated Discovery Plan and Scheduling Order (the "Hamilton Order"), submitted by the Hamilton Plaintiffs and BANA.  ECF No. 84.

WHEREAS, on November 20, 2024, the Court granted and entered the Individual Plaintiffs' Stipulated Discovery Plan and Scheduling Order ("Individual Plaintiffs Order"), submitted by the Individual Plaintiffs and BANA.  ECF No. 89.

WHEREAS, on August 11, 2025, the Court granted and entered the Parties' Amended Stipulated Discovery Plan and Scheduling Order ("Amended Order"), amending the Hamilton Order and the Individual Plaintiffs Order.  ECF No. 150.

WHEREAS, on December 19, 2025, the Court granted and entered the Parties' Amended Stipulated Discovery Plan and Scheduling Order ("Third Amended Order"), amending the Hamilton Order and the Individual Plaintiffs Order.  ECF No. 186.

WHEREAS, on January 27, 2026, the Court granted and entered the Parties' Amended Stipulated Discovery Plan and Scheduling Order ("Fourth Amended Order"), amending the Hamilton Order and the Individual Plaintiffs Order.  ECF No. 189.

WHEREAS, on April 28, 2025, the *Yip* Plaintiffs filed their 206-page Third Amended Consolidated Complaint ("TACC").  ECF No. 109.

WHEREAS, on May 15, 2025, BANA filed its 33-page Motion to Dismiss the TACC ("TACC Motion").  ECF No. 127.

WHEREAS, on January 20, 2026, the Court granted in part and denied in part the TACC

Goodwin Procter LLP
Attorneys at Law

Joint Stipulation re: Extend Time to Respond
to TACC and Amend Stipulated Discovery
Plan

2

Case No. 2:21-cv-01254-ART-EJY

Motion. ECF No 187.

WHEREAS, on March 9, 2026, the Court granted and entered a further amendment to the Parties' Amended Stipulated Discovery Plan and Scheduling Order in light of ongoing efforts by the Parties to engage in mediation and reach a settlement of this matter. ECF No. 199.

**Good Cause Exists to Further Extend BANA's Time to Answer**

**and the Remaining Deadlines.**

WHEREAS, on May 6, 2026, BANA counsel and the Individual Plaintiffs' counsel (the "Parties' Counsel") attended a mediation with Honorable Peggy A. Leen (Ret.).

WHEREAS, on June 8, 2026, the Individual Plaintiffs' counsel engaged in further mediation with Alan Petlak regarding an allocation of funds from a potential settlement with BANA to the various Individual Plaintiffs.

WHEREAS, subsequent to those mediations, the Parties' Counsel have continued to engage in settlement discussions and are nearing a settlement in principle.

WHEREAS, on June 15, 2026, the Individual Plaintiffs' counsel provided a proposed allocation to BANA for 118 Individual Plaintiffs (not including Plaintiffs James Morgan and James Brennan).

WHEREAS, the Parties' Counsel are actively drafting a settlement agreement and mutual release for 118 Individual Plaintiffs.

WHEREAS given the Parties' desire to focus their efforts and resources on finalizing their a settlement of this matter and given the complexities of the TACC, which consists of 704 pages, and in order to allow BANA sufficient time to meaningfully respond to the TACC, the Parties agree that an extension is in the interest of judicial economy and the efficient resolution of this matter.

///

///

///

///

///

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

ACCORDINGLY, the Parties stipulate to the following extension:  BANA's Answer to the TACC shall be continued from July 2, 2026 to August 14, 2026.

IT IS SO ORDERED this 1st day of July, 2026.

_____

Hon. Elayna J. Youchah
United States Magistrate Judge

Dated: July 1, 2026

Dated: July 1, 2026

By: */s/ Jayson Swigart*
Michael Kind (No. 13903)
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
mk@kindlaw.com

George Haines (No. 9411)
Gerardo Avalos (No. 15171)
FREEDOM LAW FIRM
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com

Joshua Swigart (*pro hac vice*)
Jayson Swigart (*pro hac vice*)
SWIGART LAW GROUP, APC
221 Camino del Rio S., Suite 308
San Diego, CA 92108
(866) 219-3343
josh@swigartlawgroup.com

*Attorneys for Plaintiff Tiffany Yip, et al.*

By: */s/ Laura G. Brys*
Laura G. Brys (*pro hac vice*)
GOODWIN PROCTER LLP
601 S Figueroa St. Ste 4100
Los Angeles, CA 90017
Tel.: 213.426.2500
lbrys@goodwinlaw.com

Kelly H. Dove (#10569)
SNELL & WILMER L.L.P.
338 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

James McGarry (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
jmcgarry@goodwinlaw.com

Matthew L. Riffee (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N St. NW
Washington, DC
Tel.: (202) 346 40000
mriffee@goodwinlaw.com

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

JOINT STIPULATION RE: EXTEND TIME TO
RESPOND TO TACC AND AMEND STIPULATED
DISCOVERY PLAN

4

2:21-CV-01254-ART-EJY

Yvonne Chan (*pro hac vice*)
JONES DAY
100 High Street
Boston, MA 02210
(617) 449-6914
ychan@jonesday.com

*Attorneys for Defendant Bank of America, N.A.*

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

JOINT STIPULATION RE: EXTEND TIME TO
RESPOND TO TACC AND AMEND STIPULATED
DISCOVERY PLAN

5

2:21-CV-01254-ART-EJY