GEORGE O. WEST, III
Nevada Bar No. 7951
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 664-1168
Email: gowesq3@gmail.com

E. ADAM WEBB [*Admitted Pro Hac Vice*]
Georgia Bar No. 743910
G. FRANKLIN LEMOND, JR. [*Admitted Pro Hac Vice*]
Georgia Bar No. 141315
D. GRANT COYLE [*Admitted Pro Hac Vice*]
WEBB, KLASE & LEMOND, LLC
1900 The Exchange, S.E., Suite 480
Atlanta, Georgia 30339
Telephone: (770) 444-0773
Email: Adam@WebbLLC.com
Franklin@WebbLLC.com
Grant@WebbLLC.com

Attorneys for Plaintiffs A.M. HAMILTON, KEVIN JOHNSON, KRISTIN JONES, and NIKITA WHITE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| A.M. HAMILTON, KEVIN JOHNSON, KRISTIN JONES, and NIKITA WHITE, individually, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case Number: ~~2:22-cv-00374-ART-EJY~~ **2:21-cv-01254-ART-EJY**<br><br>JOINT STIPULATION TO AMEND STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER (ECF NO. ~~204~~ **244**) |

Plaintiffs A.M. Hamilton, et al. (the "Hamilton Plaintiffs"), on the one hand, and Bank of America, N.A. ("BANA"), on the other, (collectively, the "Parties"), by and through their respective counsel, pursuant to LR IA 6-1, 6-2, and 26-3, hereby submit the following fourth stipulation to further amend the Scheduling Order applicable to the *Hamilton* Plaintiffs (ECF No. 204).

WHEREAS, on October 18, 2022, Case No. 2:22-cv-00374-ART-EJY ("*Hamilton*") was partially consolidated with Case No. 2:21-cv-01254-ART-EJY ("*Yip*") for the purposes of dispositive motions and discovery. (ECF No. 17).

WHEREAS, on October 29, 2024, the Court partially granted the Stipulated Discovery Plan and Scheduling Order (the "*Hamilton* Order"), submitted by the *Hamilton* Plaintiffs and BANA. (ECF No. 84).

WHEREAS, on November 20, 2024, the Court granted and entered the *Yip* Plaintiffs Stipulated Discovery Plan and Scheduling Order ("*Yip* Order"), submitted by the *Yip* Plaintiffs and BANA. (ECF No. 89).

WHEREAS, on August 11, 2025, the Court granted and entered the Parties' Amended Stipulated Discovery Plan and Scheduling Order ("Amended Order"), amending the *Hamilton* Order and the *Yip* Order. (ECF No. 150).

WHEREAS, on December 19, 2025, the Court granted and entered the Parties' Amended Stipulated Discovery Plan and Scheduling Order ("Second Amended Order"), amending the *Hamilton* Order. (ECF No. 186).

WHEREAS, on May 12, 2026, the Court granted and entered the Hamilton Plaintiffs' and BANA's Amended Joint Stipulation to Amend Stipulated Discovery Plan and Scheduling Order ("Third Amended Order"), amending certain deadlines. (ECF No. 204).

**Good Cause Exists to Amend the Hamilton Order Given Ongoing Discovery.**

WHEREAS, between January 24, 2025, and March 31, 2026, BANA produced approximately 24,000 documents across twenty-four volumes.

WHEREAS, on April 22, 2026, BANA made an additional production of approximately 1,500 documents and produced some documents received by a third-party on April 24, 2026 and April 29, 2026.

WHEREAS, the Parties had a mediation on April 29, 2026 with Hon. Peggy Leen, but the Parties were unable to reach a resolution.

WHEREAS, BANA produced approximately an additional 550 documents through July 2, 2026.

WHEREAS, the parties worked through July 22, 2026, to resolve technical issues related to over 1,500 documents and are continuing to cooperatively resolve remaining technical issues.

WHEREAS, BANA produced privilege logs on July 2, 2026, and July 17, 2026, identifying 7,978 privilege designations.

WHEREAS, Hamilton Plaintiffs have reviewed a batch of 2,416 privilege designations and provided BANA a list addressing 1,775 of those designations on August 3, 2026.

WHEREAS, BANA has indicated that it is reviewing certain issues Hamilton Plaintiffs raised and anticipates modifying certain privilege designations.

WHEREAS, Hamilton Plaintiffs have requested more information about 5,562 documents without bates numbers listed on BANA's privilege logs in order to limit guesswork and potentially unnecessary disagreement.

WHEREAS, the Hamilton Plaintiffs have provided BANA a draft of Rule 30(b)(6) deposition topics and requested seven fact witnesses' availability.

WHEREAS, the Hamilton Plaintiffs have proposed they will take their depositions of BANA witnesses after seeing BANA's response to the draft Rule 30(b)(6) deposition topics and resolving remaining disagreements with respect thereto and BANA's privilege designations.

WHEREAS, the Court granted the Parties' previous stipulation that expert discovery will occur after the Court's Class Certification Order. (ECF No. 186) ("Second Amended Order").

WHEREAS, the Parties believe it would be prudent to extend the current deadlines for the completion of fact discovery and to brief class certification to account for ongoing efforts to

resolve technical, privilege log, and scheduling issues.

ACCORDINGLY, the Parties stipulate to the following extensions to the existing Third Amended Order (EFC No. 204) as follows:

**Stipulated Deadlines**

| **Event** | **Current Hamilton Deadline** | **New Hamilton Deadline** |
|---|---|---|
| **Discovery Cut-off Date** | Fact Discovery: September 4, 2026 | Fact Discovery: December 18, 2026 |
| **Class Certification Motion** | October 5, 2026 | Motion: January 19, 2027<br><br>Opposition: 60 days filing of Motion<br><br>Rebuttal: 30 days after Opposition |

IT IS SO ORDERED.

HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: August 10, 2026

Dated: August 10, 2026

By: /s/ G. Franklin Lemond, Jr.
George O. West III (No. 7951)
LAW OFFICES OF GEORGE O. WEST III
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 664-1168
gowesq@cox.net

E. ADAM WEBB (*pro hac vice*)
G. FRANKLIN LEMOND, JR (*pro hac vice*)
D. GRANT COYLE (*pro hac vice*)
WEBB, KLASE & LEMOND LLC
1900 The Exchange S.E., Suite 480
Atlanta, Georgia 30339

Dated: August 10, 2026

By: /s/ Laura G. Brys
James McGarry (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
jmcgarry@goodwinlaw.com

Laura G. Brys (*pro hac vice*)
GOODWIN PROCTER LLP
601 S Figueroa St. Ste 4100
Los Angeles, CA 90017
Tel.: 213.426.2500 Email:
lbrys@goodwinlaw.com

(770) 444-0773
adam@webbllc.com
franklin@webbllc.com
grant@webbllc.com

*Attorneys for Plaintiffs Hamilton, Johnson, Jones, and White*

Yvonne Chan (*pro hac vice*)
JONES DAY
100 High Street
Boston, MA 02210
(617) 449-6914
ychan@jonesday.com

*Attorneys for Defendant Bank of America, N.A.*