MATTHEW L. RIFFEE (*pro hac vice)*
**GOODWIN PROCTER LLP**
1900 N Street, N.W.
Washington, D.C. 20036
Tel.: +1 202 346 4029
Email: *mriffee@goodwinlaw.com*

LAURA G. BRYS (*pro hac vice*)
*LBrys@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S Figueroa St., Ste 4100
Los Angeles, CA 90017
Tel.: +1 213.426.2500
Fax: +1 213.623.1673

*[Additional counsel listed in signature block]*

Attorneys for Defendant BANK OF AMERICA, N.A

**UNITED STATED DISTRICT COURT**

**FOR THE COUNTY OF NEVADA**

| | |
|---|---|
| TIFFANY YIP, et al.,<br>Plaintiffs,<br>v.<br>BANK OF AMERICA, N.A.,<br>Defendant. | Case No. 2:21-cv-01254-ART-EJY<br>Consolidated with:<br>2:21-cv-02149-APG-BNW<br>**JOINT STIPULATION TO EXTEND OPPOSITION DEADLINE TO HAMILTON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF IMPROPERLY REDACTED OR WITHHELD DOCUMENTS [ECF NO. 270]** |
| A.M. HAMILTON, et al.<br>Plaintiffs,<br>v.<br>BANK OF AMERICA, N.A.,<br>Defendant. | Case No. 2:22-cv-00374-ART-EJY |

Plaintiffs A.M. Hamilton, et al. (the "Hamilton Plaintiffs") (collectively, "Plaintiffs"), on the one hand, and Bank of America, N.A. ("BANA"), on the other, (collectively, the "Parties"), by and through their respective counsel, hereby submit the following stipulation to extend BANA's opposition deadline to the Hamilton Plaintiffs' Motion to Compel Production of Improperly Redacted or Withheld Documents (the "Motion to Compel," ECF No. 270).

WHEREAS, on September 30, 2026, the Hamilton Plaintiffs filed their Motion to Compel, ECF No. 17, and sought to seal the Motion to Compel and its exhibits, ECF No. 272.

WHEREAS, on September 30, 2026, the Court denied the Motion to Seal and ordered the Parties to meet and confer and that opposing counsel "must provide the support for sealing that the parties are to submit in a single document in which their respective arguments are made." ECF No. 273 (the "Order").

WHEREAS, immediately after the Court's Order, BANA commenced reviewing the hundreds of pages that the Hamilton Plaintiffs filed for sealing and researching the requisite authority that complies with Ninth Circuit precedent. *See id.*

WHEREAS, this past week, the Parties have focused their efforts on diligently working on a Motion to Seal that complies with the Order that they intend to file imminently.

WHEREAS, in light of the recent expenditure of its attorney resources on the Joint Motion to Seal, BANA would like an extension of seven (7) days to file its Opposition to the Motion to Compel.

///

///

///

///

///

///

///

///

ACCORDINGLY, the Parties stipulate that the deadline for BANA's Opposition to the Motion to Compel shall be due on October 21, 2026.

IT IS SO ORDERED.

Hon. Elayna J. Youchah
United States Magistrate Judge

DATED: October 10, 2026

Dated: October 9, 2026

By: /s/ G. Franklin Lemond, Jr.
George O. West III (No. 7951)
LAW OFFICES OF GEORGE O. WEST III
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 664-1168
gowesq1@icloud.com

E. Adam Webb (pro hac vice)
G. Franklin Lemond, Jr. (pro hac vice)
WEBB, KLASE & LEMOND LLC
1900 The Exchange S.E., Suite 480
Atlanta, Georgia 30339
(770) 444-0773
adam@webbllc.com
flemond@webbllc.com

*Attorneys for Plaintiff A.M. Hamilton, et al.*

Dated: October 9, 2026

By: /s/ Laura G. Brys
Matthew L. Riffee (*pro hac vice)*
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
Tel.: +1 202 346 4029
*mriffee@goodwinlaw.com*

Laura G. Brys (*pro hac vice*)
GOODWIN PROCTER LLP
601 S Figueroa St. Ste 4100
Los Angeles, CA 90017
Tel.: 213.426.2500 Email:
lbrys@goodwinlaw.com

Yvonne Chan (*pro hac vice*)
JONES DAY
100 High Street
Boston, MA 02210
(617) 449-6914
ychan@jonesday.com

Kelly H. Dove (No. 10569)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
(702) 784-5200
kdove@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*